# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: FANG v. THE P'SHIPS et al.    Case Number: 1:24-cv-08963

An appearance is hereby filed by the undersigned as attorney for:
PLAINTIFF JUN FANG

Attorney name (type or print):  ILYA G. ZLATKIN

Firm:    ZLATKIN CANN ENTERTAINMENT

Street address:    4245 N. KNOX AVE.

City/State/Zip:    CHICAGO IL 60641

Bar ID Number:  6314344                    Telephone Number:    312-809-8022
(See item 3 in instructions)

Email Address: ILYA@ZCE.LAW

Are you acting as lead counsel in this case?              ☒ Yes    ☐ No

Are you a member of the court's general bar?              ☒ Yes    ☐ No

Are you a member of the court's trial bar?               ☐ Yes    ☒ No

Are you appearing *pro hac vice*?                        ☐ Yes    ☒ No

If this case reaches trial, will you act as the trial attorney?    ☒ Yes    ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel

                                                  ☐    Appointed Counsel
                                                       If appointed counsel, are you a

                                                       ☐ Federal Defender

                                                       ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 09/26/2024

Attorney signature:    S/ ILYA G. ZLATKIN
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023