**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Jun Fang

                Plaintiff,

v.                            Case No.: 1:24−cv−08963

                          Honorable Lindsay C. Jenkins

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 31, 2024:

    MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff has filed the required template [8] so a status report as to next steps is due by November 5, 2024, unless the appropriate motion is filed sooner. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.