**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-08963 |
| | ) | |
| v. | ) | Dist. Judge Lindsay C. Jenkins |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) | Mag. Judge Heather K. McShain |
| Defendants. | ) | |

**Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order**

Plaintiff seeks to extend the Temporary Restraining Order granted and entered by the Court on November 6, 2024 [Dkt. 17] by a period of fourteen (14) days until December 4, 2024. Such application is based upon this Motion and the concurrently filed Memorandum of Law.

Dated: November 14, 2024

Respectfully submitted,

/s/Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*