IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-08963 |
| | ) | |
| v. | ) | Dist. Judge Lindsay C. Jenkins |
| | ) | |
| The Partnerships and | ) | Mag. Judge Heather K. McShain |
| Unincorporated Associations | ) | |
| Identified on Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

**Memorandum in Support of Plaintiff's *Ex Parte* Motion to Extend the Temporary Restraining Order**

Plaintiff Jun Fang ("Plaintiff"), pursuant to Fed. R. Civ. P. 65(b)(2), seeks to extend the Temporary Restraining Order ("TRO") granted and entered by the Court on November 6, 2024 [Dkt. 17] by a period of fourteen (14) days until December 4, 2024.

This Court entered the TRO effective as of November 6, 2024, against the Defendants identified in Schedule A to the Complaint. [Dkt. 17]. Since the TRO was entered, Plaintiff has been diligently working with third parties to ensure their compliance with the TRO. *See* Declaration of Ilya G. Zlatkin at ¶ 2. As of November 14, 2024, the third parties collectively have not completed effectuating the TRO, including retraining financial accounts, but are working diligently to comply therewith. *Id*., at ¶ 3. Plaintiff also will cause the posting of the bond required by the TRO no later than November 20, 2024 (*i.e.*, the initial date of the TRO's expiration). *Id*., at ¶ 2.

Federal rules provide that a TRO entered without notice may be extended upon a showing, prior to expiration of the TRO, of good cause for such an extension. Fed. R. Civ. P. 62(b)(2). Plaintiff respectfully submits that such good cause exists to extend the TRO as a result of the high

probability that the Defendants will continue to harm Plaintiff without the TRO being in place including, without limitation, relocating funds into inaccessible offshore financial and bank accounts. As discussed in Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Asset Restraint, and Expedited Discovery [Dkt. 10], and as this Court found, this possibility of harm is significant. In light of the foregoing, Plaintiff respectfully requests that the TRO be extended for a period of fourteen (14) days until November 20, 2024.

Dated: November 14, 2024

Respectfully submitted,

/s/Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*