IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-08963 |
| | ) |
| v. | ) Dist. Judge Lindsay C. Jenkins |
| | ) |
| The Partnerships and | ) Mag. Judge Heather K. McShain |
| Unincorporated Associations | ) |
| Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

### Declaration of Ilya G. Zlatkin

I, Ilya G. Zlatkin, of the Town of Munster, in the State of Indiana, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, Courts of the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am the attorney for Plaintiff Jun Fang ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. Since receiving the TRO entered by this Court on November 6, 2024 [Dkt. 17], Plaintiff has been diligently working on ensuring third-parties' compliance with the TRO's terms by interfacing with those third parties' counsel and representatives. In addition, Plaintiff will post the bond required by the TRO no later than November 20, 2024 (*i.e.*, the initial date of expiration of the TRO).

3. As of November 14, 2024, the third parties have not all completed effectuating the TRO but are working diligently to comply therewith including by, without limitation, interfacing with Plaintiff's counsel. Plaintiff plans to freeze financial accounts identified by the third parties.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this November 14, 2024 at Munster, Indiana.

Respectfully submitted,

/s/Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*