

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED

NOV 18 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 1:24-cv-08963

2. **Case Title:** Jun Fang v. The Partnerships et al.

3. **Judge:** Lindsay C. Jenkins

4. **Moving Party:** Plaintiff Jun Fang

5. **Amount of Deposit:** $10,000.00

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**   Yes ☐   No ✔
    *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

_____
Attorney or Litigant

11/18/2024
Date

Rev. 0330017