# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-08963 |
| | ) |
| v. | ) Dist. Judge Lindsay C. Jenkins |
| | ) |
| The Partnerships and | ) Mag. Judge Heather K. McShain |
| Unincorporated Associations | ) |
| Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

**Plaintiff's Motion for Entry of Preliminary Injunction**

Plaintiff Jun Fang hereby moves this Honorable Court for entry of a Preliminary Injunction. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered November 6, 2024 [Dkt. 17] and extended to December 4, 2024 [Dkt. 19]. In support of Plaintiff's Motion, Plaintiff files herewith a Memorandum of Law and a further Declaration of Ilya Zlatkin.

Dated: December 2, 2024

Respectfully Submitted,

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
(312) 809-8022
ilya@zce.law

*Counsel for Plaintiff*