IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-08963 |
| | ) |
| v. | ) Dist. Judge Lindsay C. Jenkins |
| | ) |
| The Partnerships and | ) Mag. Judge Heather K. McShain |
| Unincorporated Associations | ) |
| Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

**Declaration of Ilya G. Zlatkin**

I, Ilya G. Zlatkin, of the County of Lake, in the State of Indiana, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am the attorney for Plaintiff Jun Fang ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. Pursuant to the temporary restraining order ("TRO") [Dkt. 17] and since the TRO's entry, Amazon, Temu, and Walmart payment accounts associated with the Defendant Online Stores (as defined in the TRO) have been restrained and frozen, and I have contacted Shein to effect the same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this December 2, 2024

/s/Ilya G. Zlatkin
Ilya G. Zlatkin