# EXHIBIT 1

# Jun Fang v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Below you will find relevant pleadings and Orders filed and entered in the case *Jun Fang v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, Case No. 1:24-cv-08963 pending before the United States District Court for the Northern District of Illinois.

Questions concerning the case may be directed to **enforcement@zlatkinwong.com**.

1. Complaint (including exhibits)
2. Trademark Registration Certificate
3. Minute Entry Granting TRO
4. Temporary Restraining Order (TRO)
5. Minute Entry Extending TRO
6. Summons
7. Motion for Entry of a Preliminary Injunction (including attachments)
8. Summons Returned Executed
9. Minute Order re Objections to Motion for Preliminary Injunction