# EXHIBIT 2



| | |
|---|---|
| **From:** | Zlatkin Wong Enforcement Team |
| **Sent:** | 12/3/2024 11:38:32 AM |
| **To:** | Zlatkin Wong Enforcement Team |
| **Bcc:** | Ilya Zlatkin; [redacted email list] |
| **Subject:** | Timelines for Objections to Preliminary Injunction - NDIL Case No. 24-cv-8963 |
| **Attachments:** | 2024-12-02 Dkt 23 Minute Order re Objections to Preliminary Injunction - 24cv8963.pdf |

Hello again,

As a follow-up to yesterday's email containing the complaint, summons, and motion for preliminary injunction, please note that today the Court issued the attached minute entry order in this case. The Court has taken the motion for a preliminary injunction under advisement and will consider the motion unopposed if no Defendant appears and objects by December 6, 2024. Same as with other relevant documents in this case, the minute order has also been made accessible at the following URL: https://zce.law/ndil-24-cv-8963/

Per yesterday's email, if you have previously corresponded with us relating to this case, we will continue that correspondence in the separate email thread(s).

**If an attorney has contacted us on your behalf relating to this matter, your attorney has also been blind-copied on this email.**

Best regards,

Enforcement
Zlatkin Cann Entertainment (formerly Zlatkin Wong LLP)

On Mon, Dec 2, 2024 at 5:21 PM Zlatkin Wong LLP Enforcement Team <enforcement@zlatkinwong.com> wrote:
> Hello,
>
> The U.S. District Court for the Northern District of Illinois has issued the attached summons in the case *Jun Fang v. The Partnerships and Unincorporated Associations Identified in Schedule "A,"* Case No. 24-cv-08963.
>
> Attached you will find a copy of the summons, along with a copy of the complaint and all accompanying exhibits. These documents, along with other relevant court documents, have been published and will continue to be published at the following website: https://zce.law/ndil-24-cv-8963/
>
> Please note that there is also a currently pending motion for entry of a preliminary injunction in this case, the documents for which are published at the website linked above, and which are also attached to this email.
>
> If you have previously corresponded with us relating to this case, we will continue that correspondence in the separate email thread(s).
>
> **If an attorney has contacted us on your behalf relating to this matter, your attorney has also been blind-copied on this email.**
>
> Best regards,
> Zlatkin Cann Entertainment (formerly Zlatkin Wong)
> Attorneys for Plaintiff Jun Fang