**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-08963 |
| | ) | |
| v. | ) | Dist. Judge Lindsay C. Jenkins |
| | ) | |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | |
| Identified on Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

## Preliminary Injunction Order

**THIS CAUSE** being before the Court on Plaintiff Jun Fang's ("Plaintiff" or "Fang")
Motion for Entry of Preliminary Injunction ("Motion") against the defendants identified in
Schedule A to the Complaint and attached hereto ("Defendants") and using at least the online
marketplace accounts identified in Schedule A ("Defendant Online Stores"), and this Court having
heard the evidence before it hereby GRANTS Plaintiff's Motion in its entirety against all
Defendants identified in Schedule A.

This Court further finds that it has personal jurisdiction over the Defendants because the
Defendants directly target their business activities toward consumers in the United States,
including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents
by operating one or more commercial, interactive Defendant Online Stores through which Illinois
residents can purchase products using and bearing spurious versions of the following trademark:
("Plaintiff's Mark" or "Plaintiff Mark"):

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 6,718,955 | *Yingte* | For: Home dental care products for dogs and cats, namely, toothpaste; Non-medicated dental preparations for cats, dogs and pets, namely, toothpaste and preparations for removing plaque. Class 003. |

The Court further finds that that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Plaintiff's previously granted Motion for a TRO establishes that Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted.

Specifically, Plaintiff has made a *prima facie* showing of trademark infringement because: (i) the Plaintiff Mark is a distinctive mark and registered with the U.S. Patent and Trademark Office on the Principal Register as U.S. Trademark Registration No. 6,718,955; (ii) Defendants are not licensed or authorized to use the Plaintiff Mark; and (iii) Defendants' uses of the Plaintiff Mark are causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Plaintiff. Furthermore, Defendants' continued and unauthorized use of the Plaintiff Mark irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Plaintiff has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions.

Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Plaintiff's Mark or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff's Product or not authorized by Plaintiff to be sold in connection with the Plaintiff's Mark;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine product of Plaintiff or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the Plaintiff Mark;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

    d. further infringing the Plaintiff's Mark and damaging Plaintiff's goodwill;

    e. otherwise competing unfairly with Plaintiff in any manner;

    f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the Plaintiff's Mark, or any reproductions, counterfeit copies, or colorable imitations thereof;

    **g.** using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell infringing products; and

    **h.** operating and/or hosting infringing websites, online storefronts, and any domain names registered or operated by Defendants which are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Plaintiff's Mark or any reproductions, counterfeit copies, or colorable imitations thereof that is not a genuine product of Plaintiff or not authorized by Plaintiff to be sold in connection with the Plaintiff's Mark.

**2.** Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendant Online Stores or other online marketplace accounts operated by Defendants, including, without limitation, any online marketplace platforms such as Amazon, WhaleCo Inc. ("Temu"), Shein, eBay, Wish, AliExpress, Joom, Vova, Walmart, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers such as PayPal, AliPay, Payoneer, Wish, Skrill, Ping Pong, and Amazon Payments, Walmart, and Internet search engines such as Google, Bing, and Yahoo (collectively, "Third-Party Providers") shall, within five (5) business days after receipt of such notice, provide to Fang expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

    **a.** the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them,

including all known contact information, including any and all associated e-mail addresses;

**b.** the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendant Online Stores and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Online Stores;

**c.** any of the Defendant Online Stores;

**d.** any other online marketplace accounts registered by Defendants; and

**e.** any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, AliPay, Temu, Wish, Payoneer, Skrill, Ping Pong, and Amazon Payments, or other merchant account providers, payment providers, third party processors, and credit card associations (*e.g.*, MasterCard and VISA).

**3.** Upon Plaintiff's request, those in privity with Defendants and those with notice of the injunction, including the Third-Party Providers as described in Paragraph 2, shall within five (5) business days after receipt of such notice:

**a.** disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the Plaintiff's Mark;

    **b.** disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Plaintiff's Mark; and

    **c.** take all steps necessary to prevent links to the Defendant Online Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Online Stores from any search index.

**4.** Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

**5.** PayPal, Wish, AliPay, Payoneer, Skrill, Ping Pong, Temu, Walmart, and Amazon Payments, and any banks, savings and loan associations, payment processors, or other financial institutions, including any Third-Party Providers, shall, within five (5) business days of receipt of this Order, for any Defendant or any of the Defendant Online Stores:

    **a.** locate all accounts and funds connected to Defendants or the Defendant Online Stores, including, but not limited to, any PayPal, Wish, AliPay, Payoneer, Skrill, Ping Pong, Temu, Walmart, and Amazon Payments accounts connected to the Defendant Online Stores identified in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    **b.** restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

**6.** Plaintiff may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Complaint, this Order, and other relevant documents on

a website and by sending an email, to the email addresses identified by third parties, that includes a link to said website. The Clerk of the Court has issued a single original summons in the name of "**chengdeshichengdexiangaositaizhenxinglong and all other Defendants identified in the Complaint**" that applies to all Defendants. The combination of providing notice via electronic publication and email, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. All documents previously filed under seal, including without limitation Schedule A to the Complaint [Dkt. 4] and the TRO [Dkt. 17], are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on three (3) days' notice to Plaintiff or on shorter notice as set by this Court.

9. The $10,000 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Enter: 24-cv-8963

_____

U.S. District Court Judge Lindsay C. Jenkins

**Dated: 12/9/2024**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-08963 |
| | ) |
| v. | ) Dist. Judge Lindsay C. Jenkins |
| | ) |
| The Partnerships and | ) Mag. Judge Heather K. McShain |
| Unincorporated Associations | ) |
| Identified on Schedule "A", | ) |
| | ) |
| Defendants. | ) |

## Schedule A

| No | Store | Link | Country | Owner | Contact | Evidence |
|---|---|---|---|---|---|---|
| 1 | chengdeshichengdexiangaositaizhenxinglong | https://www.amazon.com/s?me=A3AXOWRWU6N002&marketplaceID=ATVPDKIKX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 2 | FSGGSM | https://www.amazon.com/s?me=A10EAU3ZYEPV6B&marketplaceID=ATVPDKIKX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 3 | GblVue | https://www.amazon.com/sp?ie=UTF8&seller=A77VLQZQSV6YB&isAmazonFulfilled=0&asin=B0CH9QN5WJ&ref_=olp_merch_name_1 | China | LUZILONG | 文冲街道安置房4期h4栋广州市广东51070CN | Exhibt 1 to Declaration of Jun Fang |
| 4 | hangyufeiy | https://www.amazon.com/s?me=A3D6MS4BJT3EBX&marketplaceID=ATVPDKIKX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 5 | Howstar | https://www.amazon.com/s?me=A2UFN10SPIVNBY&marketplaceID=ATVPDKIKX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 6 | HyZsql | https://www.amazon.com/s?me=A3C8YGIZP325IM&marketplaceID=ATVPDKIKX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 7 | Ingrid GL | https://www.amazon.com/s?me=A1ADFMZO6I11PN&marketplaceID=ATVPDKIKX0DER | China | shenzhenshi yinggeli keji youxiangongsi | 粤海街道科技园社区科发路2号 30区3栋255深圳市南山区广东省 | Exhibt 1 to Declaration of Jun Fang |

| | | | | | 518057 CN | |
|---|---|---|---|---|---|---|
| 8 | Kitty Kurlz Specialty Store | https://www.amazon.com/s?me=A2477LV HPNAL6R&marketplaceID=ATVPDKIK X0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 9 | LING1ZHAN SHI | https://www.amazon.com/s?me=A1FGBI M1QIYMOJ&marketplaceID=ATVPDKI KX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 10 | MENGYINB H | https://www.amazon.com/s?ie=UTF8&ma rketplaceID=ATVPDKIKX0DER&me=A 3LC24DERGUFYP | China | kaifengshi gulouquyi ngyinbaih uoshangha ng | 鼓楼区 生产后 街63号 开封市 河南 475000 CN | Exhibt 1 to Declaration of Jun Fang |
| 11 | Pishengfa | https://www.amazon.com/s?me=AQZSJIN WKEIMW&marketplaceID=ATVPDKIK X0DER | China | Shenzhens hiyixinfadi anzishang wuyouxian gongsi | 罗湖区 莲塘街 道鹏兴 社区聚 宝路101 号 聚宝华 府聚禄 阁12B 深圳市 广东 518000 CN | Exhibt 1 to Declaration of Jun Fang |
| 12 | Softomall | https://www.amazon.com/sp?ie=UTF8&se ller=A24GD8Y2R14LYW&asin=B0C8K KS3QH&ref_=dp_merchant_link&isAmaz onFulfilled=1 | Pakistan | Azrim Arif | National General store Dhanni Baklan District Jehlum valley Hattian Bala AJK AJK Pakistan 13180 PK | Exhibt 1 to Declaration of Jun Fang |
| 13 | Tilunyoupin-US ★★★★★ | https://www.amazon.com/s?me=A1MN16 H19MMCHC&marketplaceID=ATVPDKI KX0DER | China | zhengzhou tilunshang maoCo.,Lt d. | 自贸试 验区郑 州片区 （郑东 ）商务 外环路 18号 格拉姆 大厦B座 | Exhibt 1 to Declaration of Jun Fang |

| | | | | | 5层507号 郑州市 河南 450008 CN | |
|---|---|---|---|---|---|---|
| 14 | YONGchENG | https://www.amazon.com/s?me=A3FK0PLM0NZMA&marketplaceID=ATVPDKIKX0DER | China | guangzhou tingqinkeji youxiangongsi | 元岗村 天源路 98号三楼 304房之 C254 天河区 广州市 510650 CN | Exhibt 1 to Declaration of Jun Fang |
| 15 | YURTGS | https://www.amazon.com/s?me=AE56SZB5RMDCR&marketplaceID=ATVPDKIKX0DER | | Wuhan SiRuiPuTe ShangMao YouXianGongSi | 黄陂区 盘龙城 经济开 发区 蓝天小 区7栋1 单元702 室 武汉市 湖北省 430312 CN | Exhibt 1 to Declaration of Jun Fang |
| 16 | EXCLUDED | EXCLUDED | N/A | N/A | N/A | EXCLUDED |
| 17 | EXCLUDED | EXCLUDED | N/A | N/A | N/A | EXCLUDED |
| 18 | EXCLUDED | EXCLUDED | N/A | N/A | N/A | EXCLUDED |
| 19 | Arthurg | https://www.temu.com/arthurg-m-634418211731791.html?goods_id=601099551679527&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721191552591_0odcqa9j7p&refer_page_sn=10032 | China | Shenzhenshijinyingbaokeji Co., Ltd. | Bantian Third Industrial Zone, Bantian Third Industrial Zone, Bantian District, Shenzhen City, 19-1 Floor, 103 Longgang District 518172 Guangdong Province, Shenzhen City | Exhibt 1 to Declaration of Jun Fang |

| 20 | echo rain | https://www.temu.com/echo-rain-m-634418210770022.html?goods_id=601099524917384&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188917507_wsehsands9&refer_page_sn=10032 | China | Fengxixin chengliang nibaihuodi an | No. 01857, Group 3, Xiaowan gdian Village, Dawang Town, Fengxi New Town, Xixian New District Other districts 710003 Shaanxi Province, Xi'an City | Exhibt 1 to Declaration of Jun Fang |
| 21 | Friday mood | https://www.temu.com/friday-mood-m-634418212688432.html?goods_id=601099554135750&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188614460_96fsip46zi&refer_page_sn=10032 | China | Shenzhens hijinxiaoxi angkeji Co., Ltd. | 2505, Block B, Building 2, Phase III, Huaqian g City Garden, Tangwei Commun ity, Fuhai Street, Bao'an District, Shenzhe n Bao'an District 518101 Guangdo ng Province, Shenzhe n City | Exhibt 1 to Declaration of Jun Fang |
| 22 | Jingmaofu | https://www.temu.com/jingmaofu-m-634418213640521.html?goods_id=601099552782816&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188557053_uziufpctqm&refer_page_sn=10032 | China | Shenzhens hitaodaqik eji Co., Ltd. | 1st Floor, Building 52, Bantian Third Industria l Zone, Bantian Commun ity, Bantian Street, Longgan g District, | Exhibt 1 to Declaration of Jun Fang |

| | | | | | Shenzhen City Longgang District 518172 Guangdong Province, Shenzhen | |
|---|---|---|---|---|---|---|
| 23 | LEIXIAO | https://www.temu.com/leixiao-m-634418213210554.html?goods_id=601099549637162&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188799665_jkivwyeudx&refer_page_sn=10032 | China | Xinyexianleixiaoshangmao Co., Ltd. | No. 109, Yipin International Garden, Hanhua Subdistrict Office Xinye County 473500 Henan Province, Nanyang City | Exhibt 1 to Declaration of Jun Fang |
| 24 | Ocean World | https://www.temu.com/ocean-world-m-634418209357984.html?goods_id=601099542038647&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721191262624_p3rnu3deea&refer_page_sn=10032 | China | Shenzhenshixuyangdingshengkuajingmaoyi Co., Ltd. | Building 1-2, Building 1, Yaofeng Tong Industrial Park, No. 1 Donghuan 1st Road, Yousong Community, Longhua Street, Longhua District, Shenzhen, 609-1 Longhua District 570145 Guangdong Province, Shenzhen City | Exhibt 1 to Declaration of Jun Fang |
| 25 | Orange Juju | https://www.temu.com/orange-juju-m-2869016269263.html?goods_id=601099597554164&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188982750_cqldrxrimy&refer_page_sn=10032 | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |

| 26 | PUPPYCAT | https://www.temu.com/puppycat-m-4782828272457.html?goods_id=601099518566886&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721191820063_5lt8y2krfu&refer_page_sn=10032 | China | Yiwushibiandianzishangwuyouxianzerengongsi | Unit 203, Building 32, Bazutang, Twenty-three Mile Street (self-declaration) Yiwu City 322000 Zhejiang Province, Jinhua City | Exhibt 1 to Declaration of Jun Fang |
| 27 | PUPPYCAT HOME | https://www.temu.com/puppycat-home-m-634418212130351.html?goods_id=601099602981825&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721189083837_86li0ihh8e&refer_page_sn=10032 | China | Yiwushigaobishengdianzishangwu Co., Ltd. | 1st Floor, Unit 1, Building 13, Bazutang, Twenty Sanli Street, Yiwu City, Jinhua City, Zhejiang Province (self-declaration) Yiwu City 322000 Zhejiang Province, Jinhua City | Exhibt 1 to Declaration of Jun Fang |
| 28 | sun land | https://www.temu.com/sun-land-m-634418211047202.html?goods_id=601099562467057&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188660816_kkevywgzew&refer_page_sn=10032 | China | Zhongshanshiruiyumaoyishangxing(getigongshanghu) | Room 1306-2, Building 4, Bihao Mansion, No. 32, Chengnan 5th Road, South District, Zhongshan City South District Street 528455 Guangdo | Exhibt 1 to Declaration of Jun Fang |

| | | | | | ng Province, Zhongshan City | |
|---|---|---|---|---|---|---|
| 29 | tyrannosaurus pet shop | https://www.temu.com/tyrannosaurus-pet-shop-m-634418211344247.html?goods_id=601099547400233&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188943143_5ori1h8xfp&refer_page_sn=10032 | China | tyrannosaurus pet shop | Chinese Mainland | Exhibt 1 to Declaration of Jun Fang |
| 30 | WARM FAMILY GARDEN | https://www.temu.com/warm-family-garden-m-634418210739462.html?goods_id=601099523363480&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188469750_ua490nsjri&refer_page_sn=10032 | China | WARM FAMILY GARDEN | Chinese Mainland | Exhibt 1 to Declaration of Jun Fang |
| 31 | Zbeibei Shop | https://www.temu.com/zbeibei-shop-m-634418211709115.html?goods_id=601099532532769&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721191904780_5i32bf01qp&refer_page_sn=10032 | China | Yiwushichuzhongdianzishangwu Co., Ltd. | Eighth floor, Building No. 566, Chunhua Road, Beiyuan Street, Yiwu City, Zhejiang Province (self-declaration) Yiwu City 322000 Zhejiang Province, Jinhua City | Exhibt 1 to Declaration of Jun Fang |
| 32 | AaSFJEG | https://www.walmart.com/seller/101576708?itemId=5994573780&pageName=item&returnUrl=%2Fip%2FAaSFJEG-Birthday-Gift-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F5994573780%3Ffrom%3D%2Fsearch | China | ShenZhenshifuhuanshangMaoYouxianGongsi | LonggangguLongChengJie DaoailianShequRuyiLu55HaoXiCejinShundashaCdong602ShenZhenShi, GD 518172, CN (+86) | Exhibt 1 to Declaration of Jun Fang |

| | | | | | | 1847680 9729 | |
|---|---|---|---|---|---|---|---|
| 33 | amousa | https://www.walmart.com/seller/10122897 1?itemId=3982908603&pageName=item& returnUrl=%2Fip%2Famousa-Dog- Toothbrush-Finger-Brush-Toothpaste-Kit- For-Pet-Oral-Health- Care%2F3982908603%3Ffrom%3D%2Fs earch | China | ShenZhen ShiYuanK angManDi anZiYouX ianGongSi | LongHua JieDaoJi anSheLu HengHe GuoJiDa ShaLiuC eng605S hi ShenZhe nShiLon gHuaXin Qu, GD 518000, CN (++86) 1536164 8684 | Exhibt 1 to Declaration of Jun Fang |
| 34 | Apmemiss (USA) | https://www.walmart.com/seller/10151807 8?itemId=5294223986&pageName=item& returnUrl=%2Fip%2FApmemiss- Clearance-Pets-Tartar-Control-Kit-Dogs- Contains-Toothpaste-Toothbrush- Fingerbrush-Reduces-Plaque-Buildup- Dog-Teeth-Cleaning-Improves-Gum- Hea%2F5294223986%3Ffrom%3D%2Fse arch | China | Guangzho uguanwan gbangxian gbaoyouxi angongsi | guangzh oushitian hequyinli jie95hao 301shi guangzh oushi, GD 510630, CN (+86) 1907616 0545 | Exhibt 1 to Declaration of Jun Fang |
| 35 | Asdbhguybd | https://www.walmart.com/seller/10248599 5?itemId=6394116447&pageName=item& returnUrl=%2FToothbrush- Toothpaste-For-Dogs-Small-Dogs- Deodorant-Decalcify-Cleaning-Supplies- Gift-for-Family-Home-Summer-Flash- Deals%2F6394116447%3Ffrom%3D%2F search | China | GuangZho uShiLong GuanXiDi anZiShang WuYouXi anGongSi | Guang Zhou Shi Tian He Qu Zhong Shan Da Dao 268 Hao 402 Fang A229 Guang Zhou Shi , GD 510665, CN (+86) 1852951 8793 | Exhibt 1 to Declaration of Jun Fang |

| 36 | BEST TO YOU | https://www.walmart.com/seller/101205962?itemId=6909122114&pageName=item&returnUrl=%2Fip%2FEZLIFE-Pet-Dog-Cat-Cleaning-Toothpaste-Beef-Vanilla-Flavor-Toothpaste-Cleaning-Z3S0%2F6909122114%3Ffrom%3D%252Fsearch | China | SHANG HAI YUAN SHU SHANG MAO YOU XIAN GONG SI | Room 1808-1809, No. 1, Lane 1588, Wangyu an South Road, Fengxian District Shanghai , SH 201400, CN (+86) 1890179 5723 | Exhibt 1 to Declaration of Jun Fang |
| --- | --- | --- | --- | --- | --- | --- |
| 37 | bmange | https://www.walmart.com/seller/101623039?itemId=5984470609&pageName=item&returnUrl=%2Fip%2FToothbrush-Toothpaste-For-Dogs-Small-Dogs-Deodorant-Decalcify-Cleaning-Supplies%2F5984470609%3Ffrom%3D%2Fsearch | China | ShenZhen ShiNanHu iChiDianZ iShangWu YouXianG ongSi | ShenZhe nShiLon gGangQ uJiHuaJi eDaoGan KengShe QuGanLi LiuLu5H aoMingR iDaSha1 402 ShenZhe nShi, GD 518100, CN (+86) 1772241 0447 | Exhibt 1 to Declaration of Jun Fang |
| 38 | bppmkin | https://www.walmart.com/seller/101684425?itemId=7419212005&pageName=item&returnUrl=%2Fip%2FBig-Holiday-Deals-Brush-Oral-Kit-For-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others-Perfect-Gift-for-Pet-Lovers%2F7419212005%3Ffrom%3D%2Fsearch | China | guangzhou Nianjinyu maoyiyou xiangongsi | guangzh oushitian hequ yuancun chengjie nansheda jie36hao 3ceng30 1fang845 shi guangzh oushi, GD 510630, CN (+86) 1816574 6617 | Exhibt 1 to Declaration of Jun Fang |
| 39 | Caeoweyjj | https://www.walmart.com/seller/102481398?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893%3Ffrom%3D%2Fsearch | China | guangzhou xicaiyuma oyiyouxia ngongsi | TianHeQ uGuangZ houDaD aoBeiLu 613Hao WuLou5 06ShiF0 4 | Exhibt 1 to Declaration of Jun Fang |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | GuangZh ouShi, GD 510610, CN (+86) 1912956 3964 | |
| 40 | Cimaronmall Co.Ltd | https://www.walmart.com/seller/10127296 4?itemId=3296102419&pageName=item& returnUrl=%2Fip%2FMairbeon-Edible-Dog-Puppy-Cat-Toothpaste-Teeth-Cleaning-Care-Oral-Hygiene-Pet-Supplies%2F3296102419%3Ffrom%3D% 2Fsearch | China | taiyuanzhu ojueerkeji youxiango ngsi | shan xi sheng tai yuan shi zhuan xing zong he gai ge shi fan qu xue fu chan ye yuan chang zhi lu 306 hao huo ju chuang ye da sha Czuo 12ceng 1207-Bshi taiyuan, SX 030032, CN (++86) 1323263 9118 | Exhibt 1 to Declaration of Jun Fang |
| 41 | Ckraxd | https://www.walmart.com/seller/10158192 5?itemId=5672295371&pageName=item& returnUrl=%2Fip%2FCkraxd-Pet-Dental-Care-Kit-Mini-Toothbrush-with-Tongue-Scraper-for-Fresh-Breath-Suitable-for-Small-Dogs-Cats-Includes-Toothpaste%2F5672295371%3Ffrom%3D %2Fsearch | China | SHENZH ENSHIRO NGYUNS IWANJU YOUXIA NGONGS I | ShenZhe nShiLuo HuQuGu iYuanJie DaoSong YuanShe QuSong YuanLu8 8HaoJin gYuanD aSha22C ShenZhe nShi, GD 518000, CN (+86) 1859826 9231 | Exhibt 1 to Declaration of Jun Fang |
| 42 | Dengyli | https://www.walmart.com/seller/10162101 0?itemId=6099271028&pageName=item& returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F6099271028%3Ffrom%3D%2Fs earch | China | Dongguan shijingdies hangmaoy ouxiangon gsi | Donggua nshihum enzhenxi amiaosha ngzhuqu sanxiang zhao202f ang | Exhibt 1 to Declaration of Jun Fang |

| | | | | | | Donggua nshi, GD 523900, CN (+86) 1814584 2368 | |
|---|---|---|---|---|---|---|---|
| 43 | DIANNAO Co.Ltd | https://www.walmart.com/seller/10168214 8?itemId=5248397887&pageName=item& returnUrl=%2Fip%2FXEOVHV-Best-Dog-Toothbrush-Enzymatic-Toothpaste-Kit-Teeth-Cleaning-Made-Natural-Ingredients-Reduces-Plaque-Whitens-Teeth-Freshens-Breath-Bonus-Care-G%2F5248397887%3Ffrom%3D%2Fsear ch | China | | guangzhou diannamao yiyouxian gongsi | tianhequl ongdong shangma odajie10 hao101p uW153fa ng guangzh oushi, GD 510000, CN (+86) 1773791 7822 | Exhibt 1 to Declaration of Jun Fang |
| 44 | DUNENG Co.Ltd | https://www.walmart.com/seller/10168088 5?itemId=2400453401&pageName=item& returnUrl=%2FShldybc-Pet-Toothbrush-Flavour-Dog-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set-Summer-Savings-Clearance%2F2400453401%3Ffrom%3D %252search | China | | guangzhou dunengkeji youxiango ngsi | tianhequl ongdong shangma odajie10 hao101p uW1065f ang guangzh oushi, GD 510000, CN (+86) 1913971 0592 | Exhibt 1 to Declaration of Jun Fang |
| 45 | FENGBIN Co.Ltd | https://www.walmart.com/seller/10162951 7?itemId=2400453401&pageName=item& returnUrl=%2Fip%2FShldybc-Pet-Toothbrush-Flavour-Dog-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set-Summer-Savings-Clearance%2F2400453401%3Ffrom%3D %2Fsearch | China | | ru zhou shi feng bin shang mao you xian gong si | He nan sheng ping ding shan shi ru zhou shi cheng yuan nan lu 85 hao Pingding shan, HA 467500, CN (+86) 1760381 5263 | Exhibt 1 to Declaration of Jun Fang |
| 46 | guangzhoumu guchenkejiyo uxiangongsi | https://www.walmart.com/seller/10166860 3?itemId=5781357618&pageName=item& returnUrl=%2Fip%2FYHAIOGS-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F5781357618%3Ffrom%3D%2Fs earch | China | | guangzhou muguchen kejiyouxia ngongsi | baiyunqu baiyunda daobeilu 1302hao 206fang G47 guangzh oushi, GD 510440, | Exhibt 1 to Declaration of Jun Fang |

| | | | | | | CN (+86) 17509567438 | |
|---|---|---|---|---|---|---|---|
| 47 | Guangzhouqihengzumaoyiyouxiangongsi | https://www.walmart.com/seller/101671271?itemId=6176221590&pageName=item&returnUrl=%2Fip%2FMVNSFEW-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F6176221590%3Ffrom%3D%2Fsearch | China | Guangzhouqihengzumaoyiyouxiangongsi | TianHeQu guangzhoudadao beilu613 haowulou 508shiB57 GuangZhouShi, GD 510000, CN (+86) 13751042674 | Exhibt 1 to Declaration of Jun Fang |
| 48 | guangzhoushichuruimaoyiyouxiangongsi | https://www.walmart.com/seller/101668570?itemId=6095472670&pageName=item&returnUrl=%2Fip%2FNLLSHGJ-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F6095472670%3Ffrom%3D%2Fsearch | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 49 | GUZYING Co. ltd | https://www.walmart.com/seller/1012140442?itemId=5371302786&pageName=item&returnUrl=%2Fip%2FGUZYING-Chew-Toys-Pet-Toothbrush-Dog-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set-Clearance%2F5371302786%3Fathbdg%3DL1600%26from%3D%2Fsearch | China | guang zhou lu ying ri yong pin you xian gong si | No. N041, 3rd Floor, Xingguang Yingjing, No. 117, Shuyin Road, Yuexiu District Guangzhou (One site, multiple photos) Guangzhou, GD 510000, CN (+86) 13554974682 | Exhibt 1 to Declaration of Jun Fang |
| 50 | GXuoiang | https://www.walmart.com/seller/1024949885?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | guangzhoudinghuimaoyiyouxiangongsi | guangzhoushitianhequtangdongdonglu11hao4louB1063 guangzh | Exhibt 1 to Declaration of Jun Fang |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | oushi, GD 510665, CN (+86) 1912990 4546 | |
| 51 | Hjuang | https://www.walmart.com/seller/101655034?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | shenzhens hishishich angkejiyou xiangongsi | luohuqun anhujied aowenjin shequ dongmen nanlu103 6haocha oshandas ha901 shenzhen shi, GD 518005, CN (+86) 1352871 4977 | Exhibit 2 to Declaration of Jun Fang |
| 52 | HMPEAIIY | https://www.walmart.com/seller/102487482?itemId=6331561537&pageName=item&returnUrl=%2Fip%2FLinjieee-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F6331561537%3Ffrom%3D%2Fsearch | China | guangzhou shichunme ishipinyou xiangongsi | tianhequ yuangan gcuntian yuanlu98 hao1lou1 05B0011 fang guangzh oushi, GD 510610, CN (+86) 1912956 8964 | Exhibit 2 to Declaration of Jun Fang |
| 53 | Homchy | https://www.walmart.com/seller/101133965?itemId=2501770197&pageName=item&returnUrl=%2Fip%2FHomchy-New-Pet-Enzymatic-Toothpaste-for-Dogs-Helps-Reduce-Tartar-and-Plaque%2F2501770197%3Ffrom%3D%2Fsearch | China | Shenzhens hi Zhengzhi wei Dianzisha ngwuyoux iangongsi | longhuaq uminzhij iedao minleshe quminleg ongyeyu an14don g1302 shenzhen shi, GD 518000, CN (+86) 1916859 8443 | Exhibit 2 to Declaration of Jun Fang |
| 54 | Home Decor Outlet | https://www.walmart.com/seller/101619095?itemId=5551239056&pageName=item&returnUrl=%2Fip%2FToothbrush-Toothpaste-For-Dogs-Small-Dogs-Deodorant-Decalcify-Cleaning-Supplies%2F5551239056%3Ffrom%3D%2Fsearch | China | guangzhou qiandemao yiyouxian gongsi | guangzh oushiyue xiuqumis hilu31ha o102fang 210shi guangzh oushi, GD | Exhibit 2 to Declaration of Jun Fang |

| | | | | | |
|---|---|---|---|---|---|
| | | | | 510030, CN (+86) 1313435 3975 | |
| 55 | Huangjiacheng | https://www.walmart.com/seller/101659836?itemId=5779269946&pageName=item&returnUrl=%2Fip%2FZiSUGP-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F5779269946%3Ffrom%3D%2Fsearch | China | guangzhou dingyuan maoyiyou xiangongsi | baiyunqu yongping jiedongpi ngbeilu1 29hao40 1shiB45 6 guangzh oushi, GD 510442, CN (+86) 1302200 2748 | Exhibit 2 to Declaration of Jun Fang |
| 56 | Infidev On-line Store | https://www.walmart.com/seller/101494875?itemId=5306969580&pageName=item&returnUrl=%2Fip%2FWamans-Dog-Toothbrush-And-Toothpaste-Pet-Toothbrush-Dog-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set-Clearance-Items%2F5306969580%3Ffrom%3D%2Fsearch | China | JIAYIshun DIANZIS HANGW UYOU xiangongsi | shenzhen shi longgang qu bujijieda omumian wansheq udafenyi shudasha 604 shenzhen shi, GD 518117, CN (+86) 1912935 4928 | Exhibit 2 to Declaration of Jun Fang |
| 57 | iutvdh | https://www.walmart.com/seller/102481329?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | GuangZho uRenLanK eJiYouXia nGongSi | yuexiuqu jiefangna nlu123ha o10Dfan g1015-B1 guangzh oushi, GD 510520, CN (+86) 1335296 1589 | Exhibit 2 to Declaration of Jun Fang |

| 58 | JGJJUGN | https://www.walmart.com/seller/101638278?itemId=5664558138&pageName=item&returnUrl=%2Fip%2FJGJJUGN-Maintain-Your-Small-Dog-s-Oral-Hygiene-Specialized-Toothbrush-Toothpaste-Effective-Deodorizing-Decalcifying-Pet-Supplies-Thorough-Dental-Clea%2F5664558138%3Fathbdg%3DL1400%26from%3D%2Fsearch | China | ShenZhen ShiQiBeiD engShiZha oMingYou XianGong Si | ShenZhe nShiLon gGangQ uBuJiJie DaoLuo GangShe QuJingN anLu91H aoJingNa nGongY eQuKeLi nLunDa ShaDong 702 ShenZhe nShi, GD 518000, CN (+86) 1912935 6708 | Exhibit 2 to Declaration of Jun Fang |
| 59 | JH ShiYe | https://www.walmart.com/seller/102519704?itemId=7037163454&pageName=item&returnUrl=%2Fip%2FPets-Fresh-Breath-Kit-for-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-for-Puppies-Beef-Flavor%2F7037163454%3Ffrom%3D%2Fsearch | China | shenzhens hijinghaos hiyeyouxia ngongshi | BanTian JieDao MaAnTa ngSheQu QiaoLian Dong LiuXian g 7Hao 102 SHENZ HEN, GD 518000, CN (+86) 1331695 7453 | Exhibit 2 to Declaration of Jun Fang |
| 60 | Jinzhongysb | https://www.walmart.com/seller/101669015?itemId=7013859700&pageName=item&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F7013859700%3Ffrom%3D%2Fsearch | China | jinzhonghe ichengsha ngmaoyou xiangongsi | shanxish engjinzh ongshiyu ciquanni ngjiedao guanganj ie299hao juyancaif uguangc hangsanh aolouerc eng Jinzhong shi, SX 030600, CN (+86) 1553257 9916 | Exhibit 2 to Declaration of Jun Fang |

| 61 | jirycw | https://www.walmart.com/seller/10248130 8?itemId=5555043893&pageName=item& returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | guangzhou pingguang yongkejiy ouxiangon gsi | baiyunqu baiyunda daobei13 02hao20 1fangA1 4 guangzh oushi, GD 510520, CN (+86) 1812205 5260 | Exhibit 2 to Declaration of Jun Fang |
|----|--------|------|-------|------|------|------|
| 62 | keluoa | https://www.walmart.com/seller/10162181 1?itemId=6796310879&pageName=item& returnUrl=%2Fip%2Fkladzum-Dog-Toothbrush-and-Toothpaste-Set-Pet-Toothbrush-Dog-Cleaning-JO-Toothpaste-Up-Back-Beef-Brush-Set-on-Clearance%2F6796310879%3Ffrom%3D %2Fsearch | China | guangzhou shikeluoai maoyiyou xiangongsi | guangzh oushitian hequhua ngpudad aozhong cuihujie2 - 5haofuyi cengshan gchang1 0haopuI4 1 Guangzh ou, GD 510630, CN (+86) 1308281 6034 | Exhibit 2 to Declaration of Jun Fang |
| 63 | KF Store | https://www.walmart.com/seller/10165479 1?itemId=7329154930&pageName=item& returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F7329154930%3Ffrom%3D%2Fs earch | China | huizhoushi ruqiangkej iyouxiang ongsi | xinwangl u3haojin gyigongg uan4haol ou8ceng 03haofan g huizhous hi, GD 516003, CN (+86) 1351082 9748 | Exhibit 2 to Declaration of Jun Fang |
| 64 | LAOSR QUALITY PRODUCT Co.Ltd | https://www.walmart.com/seller/10120256 4?itemId=1455518181&pageName=item& returnUrl=%2Fip%2FNew-Pet-Enzymatic-Toothpaste-For-Dogs-Helps-Reduce-Tartar-And-Plaque-Helps-Reduce-Tartar-And-Plaque-Buildup%2F1455518181%3Ffrom%3D% 2Fsearch | China | shenzhens hiyidedian zishangwu youxiango ngsi | Room 1206, Oriental Science and Technolo gy Building, Keyuan Road, Nanshan Street, Nanshan District Shenzhe | Exhibit 2 to Declaration of Jun Fang |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | n City, GD 518000, CN (+86) 1912930 2381 | |
| 65 | Laxiabr | https://www.walmart.com/seller/101653714?itemId=6735663490&pageName=item&returnUrl=%2Fip%2FLaxiabr-Dog-Stuff-Pet-Others-Brush-Oral-Kit-For-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others-Multicolor-One-Size%2F6735663490%3Ffrom%3D%2Fsearch | China | | ChengDujurongpintaishangmaoyouxiangongsi | jinjiangqujingtiansanjie37haofu65hao chengdushi, SC 610023, CN (+86) 17844642235 | Exhibit 2 to Declaration of Jun Fang |
| 66 | Life House 'S Choice | https://www.walmart.com/seller/101192476?itemId=5186409205&pageName=item&returnUrl=%2Fip%2FSUMDUINO-Zentric-Dog-Toothbrush-Flexibrush-Pet-Toothbrush-with-Tongue-Scraper-360-Pet-Toothbrush-Dual-Head-Soft-Silicone-Small-Dog-Toothbrush-Kit%2F5186409205%3Ffrom%3D%2Fsearch | China | | shen zhen shi shen cheng ye dian zi shang wu you xian gong si | GuiXian gSheQuJiaYiGongYeYuan9HaoChangFang1Dong201 LongHuaQuGuanLanJieDao shenzhen, GD 518110, CN (+86) 13113632168 | Exhibit 2 to Declaration of Jun Fang |
| 67 | Limei Co. Ltd | https://www.walmart.com/seller/101129570?itemId=742241002&pageName=item&returnUrl=%2Fip%2FSPRING-PARK-Pet-Dog-Toothpaste-Pet-Teeth-Cleaning-Supplies-Vanilla-Taste-Pet-Dog-Oral-Care%2F742241002%3Ffrom%3D%2Fsearch | China | | limei(shenzhen)dianziwangluoyouxiangongsi | No. 1428, Qianhai Road, Xiangnan Community, Nanshan Street, Nanshan District Nangang Business Building 1204 Shenzhen, GD 518000, CN (+86) 18676252518 | Exhibit 2 to Declaration of Jun Fang |

| 68 | LOJKER | https://www.walmart.com/seller/101657069?itemId=6526670762&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care-Pet-Supplies%2F6526670762%3Ffrom%3D%2Fsearch | China | shenzhenshiaikelaixingongyipinyouxiangongsi | luohuquliantangjiedaoliantangshequliantangcun3xiang6hao501shenzhenshi, GD 518004, CN (+86) 19871792845 | Exhibit 2 to Declaration of Jun Fang |
| 69 | Ludlz | https://www.walmart.com/seller/101266801?itemId=642085368&pageName=item&returnUrl=%2Fip%2FWindfall-Best-Dog-Toothpaste-Teeth-Cleaning-Fresh-Breath-Dental-Care-Gel-Vet-Formulated-Edible-Puppy-Cat-Oral-Hygiene-Pet-Supplies%2F642085368%3Ffrom%3D%2Fsearch | China | Haikoushiyanhuadianzishangwuyouxiangongsi | Hainanshenghaikoushilonghuaqudatongjiedaodatongyihenglu26hao107fang haikou, HI 570100, CN (+86) 16676261431 | Exhibit 2 to Declaration of Jun Fang |
| 70 | Lweong Co.Ltd | https://www.walmart.com/seller/101573669?itemId=2016694634&pageName=item&returnUrl=%2Fip%2FSSBSM-Edible-Pet-Toothpaste-Dental-Care-Oral-Hygiene-Dog-Puppy-Cat-Teeth-Cleaning-Pet-Supplies%2F2016694634%3Ffrom%3D%2Fsearch | China | shenzhenshikairuixinmaoyiyouxiangongsi | longgangqulonggangjiedaonanlianshequnanlianlu46haodi1dong605shenzhenshi, GD 518109, CN (+86) 15521990631 | Exhibit 2 to Declaration of Jun Fang |
| 71 | LZKang | https://www.walmart.com/seller/101651745?itemId=5677576051&pageName=item&returnUrl=%2Fip%2FBrush-Oral-Kit-for-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others%2F5677576051%3Ffrom%3D%2Fsearch | China | Guangzhoufengmaomaoyiyouxiangongsi | Guangzhoushitianhequhuangpudadaozhong662hao2004fangA14 Guangzhoushi, GD 510630, CN (+86) 18145842229 | Exhibit 2 to Declaration of Jun Fang |

| 72 | Minglerow | https://www.walmart.com/seller/101645409?itemId=2338145786&pageName=item&returnUrl=%2Fip%2FPet-Bathing-Tool-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set-Pet-Brush-Pp-B%2F2338145786%3Ffrom%3D%2Fsearch | China | HuiZhouShiLiuYuMaoYiYouXianGongSi | huicheng qushuikoujiedaobanshichu huangganlu6haolongshenghuanggguanhuayuan 6haolou1danyuan 19ceng01haofang Huizhoushi, GD 516000, CN (+86) 13641446713 | Exhibit 2 to Declaration of Jun Fang |
| 73 | MOMKER | https://www.walmart.com/seller/101624703?itemId=6666907954&pageName=item&returnUrl=%2Fip%2FMOMKER-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-JO-Toothpaste-Up-Back-Beef-Brush-Set-Cat-Grooming-Glove%2F6666907954%3Ffrom%3D%2Fsearch | China | shenzhenshiqingxuanshipinyouxiangongsi | futianqulianhuajiedaocaitianshequ beihuanda dao4013haolianfengdasha1dong10C1 shenzhenshi, GD 518034, CN (++86) 18566232198 | Exhibit 2 to Declaration of Jun Fang |
| 74 | NJHYcx | https://www.walmart.com/seller/1016663651?itemId=7185903503&pageName=item&returnUrl=%2Fip%2FEIALIVE-Toothpaste-Plaque-Helps-Pet-Reduce-For-Dogs-And-Enzymatic-Pet-Supplies-Pet-Supplies-One-Size%2F7185903503%3Ffrom%3D%2Fsearch | China | guangzhoubaihaohongmaoyiyouxiangongsi | guangzhoushitianhequyuancunchengjienanshedajie36hao3ceng301fang886shi guangzhoushi, GD 510655, CN (+86) 13641447240 | Exhibit 2 to Declaration of Jun Fang |

| | | | | | | |
|---|---|---|---|---|---|---|
| 75 | NLSDQEY | https://www.walmart.com/seller/101587206?itemId=6157054540&pageName=item&returnUrl=%2Fip%2FBathing-Brushespet-Toothbrush-Flavour-Dog-Cat-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Setb%2F6157054540%3Ffrom%3D%2Fsearch | China | CHENGD UYILIAN YIDASH ANGMA OYOUXI ANGONG SI | jinjiangq uliuyinlu 98hao5lo u510Hao chengdus hi, SC 610023, CN (+86) 1912935 0637 | Exhibit 2 to Declaration of Jun Fang |
| 76 | OKbus | https://www.walmart.com/seller/101645277?itemId=7133365449&pageName=item&returnUrl=%2Fip%2FXEOVHV-Best-Dog-Toothbrush-Enzymatic-Toothpaste-Kit-Teeth-Cleaning-Made-Natural-Ingredients-Reduces-Plaque-Whitens-Teeth-Freshens-Breath-Bonus-Care-G%2F7133365449%3Ffrom%3D%252Fsearch | China | foshanshis hangaijiaju youxiango ngsi | guangdo ngshengf oshanshi shundeq ulongjian gzhendo ngyongs hequyon gkougon gyequ youyuelu 11haosh ouceng0 6hao(zhu suoshenb ao) foshansh i, GD 528000, CN (+86) 1771053 7176 | Exhibit 2 to Declaration of Jun Fang |
| 77 | Oneshrt sales promotion | https://www.walmart.com/seller/101214040?itemId=5273388818&pageName=item&returnUrl=%2Fip%2FGBSELL-Toothbrush-Toothpaste-for-Dogs-Small-Dogs-Deodorant-Decalcify-Cleaning-Supplies%2F5273388818%3Ffrom%3D%2Fsearch | China | guang zhou shan lu dian zi you xian gong si | Room 101, Building 2, No.157 Magang East Road, Zhucun Road, Tianhe District, Guangzh ou Guangzh ou, GD 510000, CN (+86) 1351063 0247 | Exhibit 2 to Declaration of Jun Fang |
| 78 | orangejuzi | https://www.walmart.com/seller/102480499?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | guangzhou yangshang mingmaoy iyouxiang ongsi | guangzh oushibai yunqubai yundada obei 1302hao 201fang | Exhibit 2 to Declaration of Jun Fang |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | A22 guangzhoushi, GD 510080, CN (+86) 18025462195 | |
| 79 | Petpeet | https://www.walmart.com/seller/101614934?itemId=5470829872&pageName=item&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F5470829872%3Ffrom%3D%2Fsearch | China | shenzhenshi sheng aijia maoyiyou xiangongsi | shenzhenshi LONGHUAQU guanhuji edao xintianshequxinzhanglu42hao kedasigongyeyuanchangfangD303 shenzhenshi, GD 518131, CN (+86) 18529593723 | Exhibit 2 to Declaration of Jun Fang |
| 80 | QIUSge | https://www.walmart.com/seller/101607151?itemId=5293415854&pageName=item&returnUrl=%2Fip%2FClearance-Pet-Dog-Tooth-Cleaning-Kit-Toothpaste-Toothbrush-Fingerbrush-Dog-Oral-Care-Beef%2F5293415854%3Ffrom%3D%2Fsearch | China | GuangZhouMingYueYiRiYongPinYouXianGongSi | Guangzhoushitianhequjinsuilu5hao1717fang Guangzhoushi, GD 510630, CN (+86) 13823653841 | Exhibit 2 to Declaration of Jun Fang |
| 81 | Reitu | https://www.walmart.com/seller/101628587?itemId=7082457782&pageName=item&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F7082457782%3Ffrom%3D%2Fsearch | China | kunmingxiyaoguojishangmaoyouxiangongsi | wuhuaqudaguanjiedaodaguanjieKB334haoL kunmingshi, YN 650000, CN (+86) 18026933673 | Exhibit 2 to Declaration of Jun Fang |

| 82 | RFQWOVSR Clothing | https://www.walmart.com/seller/101661927?itemId=3739888239&pageName=item&returnUrl=%2Fip%2FPet-Supplies-For-Dog-House-Toothpaste-Plaque-Helps-Pet-Reduce-For-Dogs-And-Enzymatic-Pet-Supplies-Dog-Bike-Trailer-Buggy%2F3739888239%3Fathbdg%3DL1400%26from%3D%2Fsearch | | wuhancenhengweidianzishangwuyouxiangongsi | donghuxinjishukaifaqujinronggangyilu7haoshenzhoushumawuhankejiyuan1dong16ceng09-2hao(zimaoquwuhanpianqu) wuhanshi, HB 430000, CN (+86) 13720377492 | Exhibit 2 to Declaration of Jun Fang |
| 83 | SANZHI Co.Ltd | https://www.walmart.com/seller/101598104?itemId=5248397887&pageName=item&returnUrl=%2Fip%2FXEOVHV-Best-Dog-Toothbrush-Enzymatic-Toothpaste-Kit-Teeth-Cleaning-Made-Natural-Ingredients-Reduces-Plaque-Whitens-Teeth-Freshens-Breath-Bonus-Care-G%2F5248397887%3Ffrom%3D%2Fsearch | N/A | N/A | N/A | Exhibit 2 to Declaration of Jun Fang |
| 84 | Sarkoyar Co.Ltd | https://www.walmart.com/seller/101178659?itemId=1058396137&pageName=item&returnUrl=%2Fip%2Fgwong-Edible-Dog-Puppy-Cat-Toothpaste-Teeth-Cleaning-Care-Oral-Hygiene-Pet-Supplies%2F1058396137%3Ffrom%3D%2Fsearch | China | shenzhenshibaisitejiawangluojishuyouxiangongsi | shenzhenshilonggangqulongchengjiedaozhangbeisheqzuzhangbeilu29hao601 shenzhen, GD 518000, CN (+86) 18165741541 | Exhibit 2 to Declaration of Jun Fang |
| 85 | Sengyong | https://www.walmart.com/seller/101637020?itemId=5677576051&pageName=item&returnUrl=%2Fip%2FBrush-Oral-Kit-for-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others%2F5677576051%3Ffrom%3D%2Fsearch | China | GuangZhouShengYongKeJiYouXianGongSi | baiyunqutangjinglu88hao8louB0101fangguangzhoushi, GD 510520, CN (+86) 18126469764 | Exhibit 2 to Declaration of Jun Fang |

| 86 | SETI Co.Ltd | https://www.walmart.com/seller/1015992 16?itemId=5248397887&pageName=item& returnUrl=%2Fip%2FXEOVHV-Best-Dog-Toothbrush-Enzymatic-Toothpaste-Kit-Teeth-Cleaning-Made-Natural-Ingredients-Reduces-Plaque-Whitens-Teeth-Freshens-Breath-Bonus-Care-G%2F5248397887%3Ffrom%3D%2Fsear ch | China | deng zhou shi se ti shang mao you xian gong si | deng zhou shi xiao yang ying xiang yong feng lu 78 hao Dengzho u, HA 474100, CN (+86) 1733483 3056 | Exhibit 2 to Declaration of Jun Fang |
| --- | --- | --- | --- | --- | --- | --- |
| 87 | Sharpstar Co.Ltd | https://www.walmart.com/seller/1012677 06?itemId=571896113&pageName=item&r eturnUrl=%2Fip%2FSijiali-Edible-Dog-Puppy-Cat-Toothpaste-Teeth-Cleaning-Care-Oral-Hygiene-Pet-Supplies%2F571896113%3Ffrom%3D2 52Fsearch | China | taiyuanrui xingchengt aikejiyoux iangongsi | shanxish engtaiyu anshixia odianqub ayijiewe nhuayua nEqu nanmend ongceco ngxixian gdongdi wujia-Bshi taiyuan, SX 030000, CN (+86) 1812646 1481 | Exhibit 2 to Declaration of Jun Fang |
| 88 | SIfdSeng | https://www.walmart.com/seller/1015119 50?itemId=5875027901&pageName=item& returnUrl=%2FSIfdSeng-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care-3Pcs%2F5875027901%3Ffrom%3D%2Fs earch | China | SHenZhen ShiXiXiliS HiPinyou XianGong Si | LongGan gQuBuJi JieDaoD aFenSHe QudianL ianDaSh aB501 SHenZhe nShi, GD 518114, CN (+86) 1317855 8468 | Exhibit 2 to Declaration of Jun Fang |
| 89 | simidamaoyi | https://www.walmart.com/seller/1016294 18?itemId=5953145292&pageName=item& returnUrl=%2FUSYFAKGH-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-JO-Toothpaste-Up-Back-Beef-Brush-Set%2F5953145292%3Ffrom%3D%2Fsea rch | China | guangzhou simidamao yiyouxian gongsi | tianhequ zhongsha ndadaoxi lu6hao 8haojiac eng F-Y16fang hao GuangZh oushi, GD | Exhibit 2 to Declaration of Jun Fang |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 510665, CN (+86) 1520772 2753 | |
| 90 | SKYESHEALLY | https://www.walmart.com/seller/102487489?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | Guangzhoushijinhuafushiyouxiangongsi | tianhequyinglonglu203haozhishiyi302shi91guangzhoushi, GD 510507, CN (+86) 18194027312 | Exhibit 2 to Declaration of Jun Fang |
| 91 | Sokhug | https://www.walmart.com/seller/101460358?itemId=5206378753&pageName=item&returnUrl=%2Fip%2FLeesechin-Deals-Toothbrush-Toothpaste-For-Dogs-Small-Dogs-Deodorant-Decalcify-Cleaning-Supplies%2F5206378753%3Ffrom%3D%2Fsearch | China | shenzhenshihihaokangshengkejiyouxiangongsi | shenzhenshilonghuaqufuchengjiedaofuminshequyuexingweiyizu168hao1006shenzhenshi, GD 518110, CN (+86) 19065021034 | Exhibit 2 to Declaration of Jun Fang |
| 92 | SRstrat Co.Ltd | https://www.walmart.com/seller/101211326?itemId=5170296273&pageName=item&returnUrl=%2Fip%2FPremium-Dog-Toothpaste-Best-Dog-Teeth-Cleaning-Dog-Plaque-and-Tartar-Fighter-Safe-for-Cat-Toothpaste-Too-Vet-Formulated-Pet-Toothpaste%2F5170296273%3Ffrom%3D%2Fsearch | China | shen zhen shi na an si wan ju you xian gong si | A501, Silver Star Technology Building, No. 1301, Sightseeing Road, Xinlan Community, Guanlan Street, shen zhen, GD 518109, CN (+86) 18923483125 | Exhibit 2 to Declaration of Jun Fang |

| 93 | UDIYO | https://www.walmart.com/seller/101235687?itemId=2102418640&pageName=item&returnUrl=%2Fip%2FUDIYO-Dog-Toothpaste-Fingerbrush-Safe-Dental-Care-Pet-Dog-Fingerbrush-Toothbrush-for-Dog%2F2102418640%3Ffrom%3D%2Fsearch | China | shen zhen kai fa chang chu kou mao yi you xian gong si | shen zhen shi long gang qu nan wan jie dao xia li lang she qu xia li nan lu 73 hao dong jiu chuang xin ke ji yuan 2 qi 6 dong 1210B-G71 shen zhen shi, GD 518112, CN (+86) 13500046139 | Exhibit 2 to Declaration of Jun Fang |
| 94 | UEBXD | https://www.walmart.com/ip/Toothpaste-Plaque-Helps-Pet-Reduce-For-Dogs-And-Enzymatic-Supplies-Dog-Accessories-Catalog-Greyhounds-Trailer-Spare-Parts-Online-Shop-Rain-Cover-Bike/5977932800?from=/search | N/A | N/A | N/A | Exhibit 2 to Declaration of Jun Fang |
| 95 | UEBXS | https://www.walmart.com/seller/101671100?itemId=6904900540&pageName=item&returnUrl=%2Fip%2FMOKINGTOP-Toothpaste-Plaque-Helps-Pet-Reduce-for-Dogs-and-Enzymatic-Pet-Supplies%2F6904900540%3Ffrom%3D%2Fsearch | China | guangzhou fengangu maoyiyou xiangongsi | baiyunqu dajinzhonglu40haosiceng412shiB927 guangzhoushi, GD 510507, CN (+86) 13168308034 | Exhibit 2 to Declaration of Jun Fang |
| 96 | Umitay | https://www.walmart.com/seller/101255899?itemId=2316832736&pageName=item&returnUrl=%2Fip%2FUmitay-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-JO-Toothpaste-Up-Back-Beef-Brush-Set%2F2316832736%3Ffrom%3D%2Fsearch | China | ShenzhenshiLanyihengjiajuyongpinYouxiangongsi | LonghuaquGuanlanjiedao XinlanshequSililu300-3haoDongchangdasha304 Shenzhenshi, GD 518000, CN (+86) 17748571521 | Exhibit 2 to Declaration of Jun Fang |

| 97 | Walbest | https://www.walmart.com/seller/101070790?itemId=731520096&pageName=item&returnUrl=%2Fip%2FWalbest-Edible-Pet-Dog-Puppy-Cat-Toothpaste-Teeth-Cleaning-Care-Oral-Hygiene-Pet-Supplies%2F731520096%3Ffrom%3D%2Fsearch | China | shen zhen fu nie ke ji you xian gong si | shenzhen shi fu tian qu sha tou jie dao shen nan xi lu tai ran gong ye qu 210dong chang fang 2E 2F20 shenzhen , GD 518100, CN (+86) 13049617951 | Exhibit 2 to Declaration of Jun Fang |
|----|---------|------|-------|------|------|------|
| 98 | WRSU Trade | https://www.walmart.com/seller/101316281?itemId=2400453401&pageName=item&returnUrl=%2Fip%2Fhldvbc-Pet-Toothbrush-Flavour-Dog-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set-Summer-Savings-Clearance%2F2400453401%3Ffrom%3D%2Fsearch | China | guangzhou weirensudianziyouxiangongsi | guang zhou shi tian he qu hua sui lu 172hao 708fang guangzhou, GD 510623, CN (+86) 17373668492 | Exhibit 2 to Declaration of Jun Fang |
| 99 | WSBDENLK Clearance | https://www.walmart.com/seller/1011944224?itemId=1033827801&pageName=item&returnUrl=%2Fip%2FWSBDENLK-Big-Deals-Pet-Toothbrush-Flavour-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set-Pet-Toys-Clearance%2F1033827801%3Ffrom%3D%2Fsearch | China | shenzhenshixiangjiaoshujiajuyongpinyouxiangongsi | futianqufutianjiedaohaibinshequjintianlu2022haohuaxuandasha9E shenzhen , GD 518000, CN (+86) 15500386709 | Exhibit 2 to Declaration of Jun Fang |
| 100 | wufeijie | https://www.walmart.com/seller/102499868?itemId=7043863499&pageName=item&returnUrl=%2Fip%2FDGHM-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-JO-Toothpaste-Up-Back-Beef-Brush-Set%2F7043863499%3Ffrom%3D%2Fsearch | China | shenzhenshiyuzhaoxingjingpinyouxiangongsi | longhuaqudalangjiedaodunbeishequ8xiang2dong304 shenzhen shi, GD 518109, CN (+86) | Exhibit 2 to Declaration of Jun Fang |

| | | | | | | 1342123 4764 | |
|---|---|---|---|---|---|---|---|
| 101 | XINDISNusfo | https://www.walmart.com/seller/101686407?itemId=6257224501&pageName=item&returnUrl=%2Fip%2FToothbrush-Toothpaste-For-Dogs-Small-Dogs-Deodorant-Decalcify-Cleaning-Supplies%2F6257224501%3Ffrom%3D%2Fsearch | China | Guang Zhou Shi Hong Mu Sheng Dian Zi Shang Wu You Xian Gong Si | Guang Zhou Shi Tian He Qu Gao Ke Lu 32,34 Hao B1 Dong Nan Zuo Di Er Ceng 211-1196 Fang Guang Zhou Shi, GD 510665, CN (+86) 1900660 4170 | Exhibit 2 to Declaration of Jun Fang |
| 102 | xmstylereal | https://www.walmart.com/seller/101628868?itemId=6328665674&pageName=item&returnUrl=%2Fip%2Fduklien-Pet-Others-Brush-Oral-Kit-for-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others-Multicolor%2F6328665674%3Ffrom%3D%2Fsearch | China | Chengduhuazechuangxindianzishangwuyouxiangongsi | wuhouquwanshouqiaolushujie63haofu8haochengdushi, SC 610045, CN (+86) 1912935 0129 | Exhibit 2 to Declaration of Jun Fang |
| 103 | XZZjjl | https://www.walmart.com/seller/101666241?itemId=7157451337&pageName=item&returnUrl=%2Fip%2FXZZjjl-Pets-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F7157451337%3Ffrom%3D%2Fsearch | China | guangzhouzhixikeiyouxiangongsi | guangzhoushitianhequzhongshandao268hao402fangA109guangzhoushi, GD 510665, CN (+86) 1307825 3831 | Exhibit 2 to Declaration of Jun Fang |

| 104 | YEBENG Co.Ltd | https://www.walmart.com/seller/102482092?itemId=5470829872&pageName=item&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F5470829872%3Ffrom%3D%2Fsearch | China | guangzhou yebengkeji youxiangongsi | guangzhoushitian hequlong dongsha ngmaoda jie10hao 101pubu wei103p uW1729f ang guangzhoushi, GD 510000, CN (+86) 1773791 3426 | Exhibit 2 to Declaration of Jun Fang |
| 105 | YT-SHOP | https://www.walmart.com/seller/102514752?itemId=7009718062&pageName=item&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F7009718062%3Ffrom%3D%2Fsearch | China | shenzhens hiyingtaik ejiyouxian gongshi | LongGan gQu NanWan JieDao XiaLiLa ngSheQu BuLanL u 31Hao LiLangR uanJianY uan A2 Dong 1105 ShenZhe n, GD 518000, CN (+86) 1501944 1933 | Exhibit 2 to Declaration of Jun Fang |
| 106 | YUAN Beauty Shop | https://www.walmart.com/seller/101199087?itemId=1890706486&pageName=item&returnUrl=%2Fip%2FBlueek-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set%2F1890706486%3Ffrom%3D%2Fsearch | China | guangzhou yidianfuzh uangyouxi angongsi | tianhequ yinglong lu165hao 2dong20 4shi guangzh ou, GD 510520, CN (+86) 1530277 0963 | Exhibit 2 to Declaration of Jun Fang |
| 107 | yubikelmi Dtydtpe | https://www.walmart.com/seller/101211395?itemId=2041390808&pageName=item&returnUrl=%2Fip%2FHIBRO-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F2041390808%3Fathbdg%3DL1700%26from%3D%2Fsearch | China | shenzhens hi miaoshafu shi youxiango ngsi | longhuax inqu longhuaji edao yousongl u fukangke jidaxia C qu 805 shi shenzhen , GD | Exhibit 2 to Declaration of Jun Fang |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 518109, CN (+86) 1772745 9613 | |
| 108 | YueFa | https://www.walmart.com/seller/10151817 0?itemId=6083274711&pageName=item& returnUrl=%2Fip%2FBuodes-Pet-Supplies-For-Summer-Dogs-Savings-Clearance-Toothbrush-Toothpaste-Small-Deodorant-Decalcify-Cleaning%2F6083274711%3Fathbdg%3D L1400%26from%3D%2Fsearch | China | GuangZho uYueFaFu ShiYouXi anGongSi | TianHeQ uYanLin gLu89Ha o499ShiJ 484Hao GuangZh ouShi, GD 510630, CN (+86) 1774857 4062 | Exhibit 2 to Declaration of Jun Fang |
| 109 | YUHUO | https://www.walmart.com/seller/10247785 8?itemId=6895761971&pageName=item& returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F6895761971%3Ffrom%3D%2Fs earch | China | huizhoushi fengyukeji youxiango ngsi | huicheng qusanhua nnanlu27 hao fangzhilo nghuwan donganh uayuanT 18dong1 ceng06h aoE02 huizhous hi, GD 516007, CN (+86) 1802693 1405 | Exhibit 2 to Declaration of Jun Fang |
| 110 | Zengyong | https://www.walmart.com/seller/10153701 7?itemId=5668321845&pageName=item& returnUrl=%2Fip%2FFHKOEGHS-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5668321845%3Ffrom%3D%2Fs earch | China | guangzhou pawojiadia nyouxiang ongsi | yuexiuqu jiansheda malu18h ao301fan gzibian3 01A4pu guangzh oushi, GD 510053, CN (+86) 1367257 5278 | Exhibit 2 to Declaration of Jun Fang |
| 111 | Zhichengjie | https://www.walmart.com/seller/10167662 2?itemId=6156274582&pageName=item& returnUrl=%2Fip%2Fuitifor-New-Pet-Enzymatic-Toothpaste-For-Dogs-Helps-Reduce-Tartar-and-Plaque%2F6156274582%3Fathbdg%3DL 1400%26from%3D%2Fsearch | China | Shenzhens hi Zhichengji e Wangluok eji Youxiango ngsi | Nanshan quxilijie dao Xilisheq uxilinanl u76haoh uachang dasah120 3 | Exhibit 2 to Declaration of Jun Fang |

| | | | | | Shenzhe nshi, GD 518000, CN (+86) 1912936 7394 | |
|---|---|---|---|---|---|---|