IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
|                           Plaintiff, | ) Case No. 1:24-cv-08963 |
| v. | ) Dist. Judge Lindsay C. Jenkins |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Heather K. McShain |
|                           Defendants. | ) |

### Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jun Fang ("Plaintiff") hereby dismisses this action with prejudice against <u>solely the following defendant(s)</u>:

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 5 | Howstar |
| 11 | Pishengfa |
| 13 | Tilunyoupin-US ★ ★ ★ ★ ★ |
| 14 | YONGchENG |
| 31 | Zbeibei Shop |
| 36 | BEST TO YOU |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this December 20, 2024

                                                            Respectfully submitted,

                                                            /s/Ilya G. Zlatkin
                                                            Ilya G. Zlatkin
                                                           Zlatkin Cann Entertainment
                                                           4245 N. Knox Ave.
                                                           Chicago, IL 60641
                                                           (312) 809-8022
                                                           ilya@zce.law

                                                           *Counsel for Plaintiff*