# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jun Fang,<br><br>        *Plaintiff*,<br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        *Defendant*. | **CASE NO.** 1:24-cv-08963<br><br>Judge: Honorable Lindsay C. Jenkins<br><br>Magistrate Judge: Honorable Heather K. McShain |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendants DUNENG Co.Ltd., SANZHI Co.Ltd., YEBENG Co.Ltd., SETI Co.Ltd., FENGBIN Co.Ltd., DIANNAO Co.Ltd., (collectively "Defendants"), by and through counsel, file this Unopposed Motion for a 30-day extension of time to file answer or otherwise respond to Plaintiff's Complaint, and states as follows:

1. Plaintiff filed its Complaint on September 26, 2024. [ECF No. 1]

2. The Court's docket indicates that responsive pleadings were due on December 23, 2024.

3. The parties have been engaged in settlement discussion. The undersigned counsel contacted plaintiff's counsel on December 20, 2024, and both parties agreed to a 30-day extension of time for Defendants to file answer or otherwise respond to the Complaint.

4. There is no intention by Defendants filing this motion for extension to negatively affect the entry of default against any other non-moving Defendants in this case. The relief sought in this motion is limited to the five Defendants alone.

5. Defendants respectfully request that the Court enter an Order granting this motion and extending the deadline for Defendants to answer or otherwise plead through January 20, 2024, to permit the parties to determine whether settlement is possible, or to file a responsive pleading by that date.

6. This extension of time is not being sought for the purpose of delay or to frustrate the progress of this matter. This extension will not unduly burden Plaintiff.

WHEREFORE, Defendants respectfully request that this Court grant the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint by January 20, 2024.

Date: 12/23/2024

/s/ He Cheng
He Cheng | Attorney
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33065
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendant***