# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
## Eastern Division

Jun Fang

                    Plaintiff,

v.                                Case No.: 1:24–cv–08963

                                Honorable Lindsay C. Jenkins

chengdeshichengdexiangaositaizhenxinglong, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, December 29, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendants DIANNAO Co.Ltd, DUNENG Co.Ltd, FENGBIN Co.Ltd, SANZHI Co.Ltd, SETI Co.Ltd, YEBENG Co. Ltd.'s unopposed motion for an extension of time [29] is granted. The parties are engaged in settlement discussions, so these Defendants have until January 21, 2025 to answer or otherwise plead. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.