IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | )<br>) |
| Plaintiff, | )<br>) Case No. 1:24-cv-08963<br>) |
| v. | ) Dist. Judge Lindsay C. Jenkins<br>) |
| The Partnerships and<br>Unincorporated Associations<br>Identified on Schedule "A", | ) Mag. Judge Heather K. McShain<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**Plaintiff's Status Report**

1. **Service of Process.**

   a. Plaintiff has formally served all defendants with process in this case, except Defendants No. 16 (HAPPY CAT), No. 17 (Jxhbxa), and No. 18 (SHEIN). These three defendants are all aware of the litigation, however, and Plaintiff has engaged in negotiations with all three of these Defendants. It is possible that some or all three of these defendants will be dismissed after settlement.

2. **Settlement Discussions.**

   a. Plaintiff has settled and dismissed the case against six (6) defendants. [*See* Dkt. 27.]

   b. Plaintiff has fully settled with an additional seven (7) defendants and expects to dismiss them formally by January 3, 2025.

   c. Plaintiff has entered into settlement agreements with an additional twenty-four (24) defendants and, pending performance by such defendants, Plaintiff expects to dismiss such defendants in due course.

    d. Plaintiff has been in communications with an additional twenty-three (23) defendants. No settlement has been reached yet with such defendants, but Plaintiff believes it would be beneficial to continue to explore potential settlement with such parties.

3. **Entry of Default and Default Judgment.**

    a. Forty-six (46) defendants have been properly served and have not contacted Plaintiff in any manner. Plaintiff intends to move for entry of default and default judgment with respect to such defendants, excluding other defendants referenced above with whom good-faith negotiations are ongoing.

    b. In the event that any currently ongoing negotiations stall, Plaintiff will move for entry of default and default judgment against any such defendants separately at a later date.

Dated: December 31, 2024

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*