**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Jun Fang

                    Plaintiff,

v.                                 Case No.: 1:24–cv–08963
                                 Honorable Lindsay C. Jenkins

chengdeshichengdexiangaositaizhenxinglong, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 31, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: In light of the report filed at docket entry [31], a motion for default judgment must be filed no later than January 22, 2025. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.