IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:24-cv-08963 |
| | ) |
| v. | ) Dist. Judge Lindsay C. Jenkins |
| | ) |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Heather K. McShain |
| | ) |
| Defendants. | ) |

**Notice of Dismissal Under Rule 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jun Fang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant(s):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 34 | Apmemiss (USA) |
| 35 | Asdbhguybd |
| 37 | bmange |
| 40 | Cimaronmall Co.Ltd |
| 41 | Ckraxd |
| 49 | GUZYING Co. Itd |
| 54 | Home Decor Outlet |
| 56 | Infidev On-line Store |
| 58 | JGJJUGN |
| 62 | keluoa |
| 65 | Laxiabr |
| 67 | Limei Co. Ltd |
| 70 | Lweong Co.Ltd |
| 73 | MOMKER |
| 75 | NLSDQEY |
| 77 | Oneshrt sales promotion |
| 79 | Petpeet |
| 84 | Sarkoyar Co.Ltd |
| 87 | Sharpstar Co.Ltd |
| 91 | Sokhug |
| 93 | UDIYO |
| 97 | Walbest |
| 98 | WRSU Trade |

| | |
|---|---|
| 99 | WSBDENLK Clearance |
| 101 | XINDISNusfo |
| 102 | xmstylereal |
| 106 | YUAN Beauty Shop |
| 107 | yubikelmi Dtydtpe |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this January 3, 2025

Respectfully submitted,

/s/Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
(312) 809-8022
ilya@zce.law

*Counsel for Plaintiff*