# Exhibit 4

## DECLARATION OF GUANGHUI ZHAO

I, Guanghui Zhao, hereby declare as follows:

1. My name is Guanghui Zhao. I am the owner of SETI Co., Ltd. ("SETI") on Walmart.com e-commerce platform. I am over eighteen years of age, and I make this declaration based on my own knowledge.

2. I have reviewed Plaintiff's Complaint and other supporting documents. I understand that SETI is being accused of selling infringing products.

3. SETI is a Chinese entity incorporated in Dengzhou, China, and operates solely from China. It has never owned, leased, used, or possessed any real property in Illinois, and has not been subject to the Illinois tax jurisdiction.

4. Additionally, SETI has no office, employees, or agents in Illinois. It has not engaged in advertising, marketing, or held any telephone lines or listings in Illinois. It does not maintain any bank accounts or warehouse inventory in Illinois and has never used an internet service provider from Illinois.

5. After a diligent search of the sales records, it is confirmed that SETI has never sold or shipped any accused products to the United States.

I declare under penalty of perjury of the laws of the United States of America that the above is true and correct to my best knowledge.

Date: January 21, 2025

Signed by: *Guanghui Zhao*
Guanghui Zhao