# Exhibit 6



**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | | | |
|---|---|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-01-13 13:55:07 EST | | |
| **Mark:** | YINGTE | | |
| **US Serial Number:** | 97124221 | **Application Filing Date:** | Nov. 14, 2021 |
| **US Registration Number:** | 6718955 | **Registration Date:** | May 03, 2022 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | May 03, 2022 | | |
| **Publication Date:** | Feb. 15, 2022 | | |

## Mark Information

Expand All

Feedback

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Jun Fang | | |
| **Owner Address:** | 3767 CENTER WAY<br>FAIRFAX, VIRGINIA UNITED STATES 22033 | | |
| **Legal Entity Type:** | INDIVIDUAL | **Citizenship:** | UNITED STATES |

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Case: 1:24-cv-08963 Document #: 39-6 Filed: 01/21/25 Page 3 of 3 PageID #:1451