# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jun Fang, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-08963 |
| v. | ) |
| | ) Dist. Judge Lindsay C. Jenkins |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A", | ) Mag. Judge Heather K. McShain |
| | ) |
| Defendants | ) |

### LIST OF DEFAULTING DEFENDANTS

| No | Store | Link | Country | Owner | Contact | Evidence |
|---|---|---|---|---|---|---|
| 1 | chengdeshichengdexiangaositaizhenxinglong | https://www.amazon.com/s?me=A3AXOWRWU6N002&marketplaceID=ATVPDKIKX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 2 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 3 | GblVue | https://www.amazon.com/sp?ie=UTF8&seller=A77VLQZQSV6YB&isAmazonFulfilled=0&asin=B0CH9QN5WJ&ref_=olp_merch_name_1 | China | LUZILONG | 文冲街道安置房4期 h4栋 广州市 广东 51070 CN | Exhibt 1 to Declaration of Jun Fang |
| 4 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 6 | HyZsql | https://www.amazon.com/s?me=A3C8YGIZP325IM&marketplaceID=ATVPDKIKX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 7 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 8 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 10 | MENGYINBH | https://www.amazon.com/s?ie=UTF8&marketplaceID=ATVPDKIKX0DER&me=A3LC24DERGUFYP | China | kaifengshigulouquyingyinbaihuoshanghang | 鼓楼区生产后街63号开封市河南475000 CN | Exhibt 1 to Declaration of Jun Fang |
| 11 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 12 | Softomall | https://www.amazon.com/sp?ie=UTF8&seller=A24GD8Y2R14LYW&asin=B0C8KKS3QH&ref_=dp_merchant_link&isAmazonFulfilled=1 | Pakistan | Azrim Arif | National General store Dhanni Baklan District Jehlum valley Hattian Bala AJK AJK Pakistan 13180 PK | Exhibt 1 to Declaration of Jun Fang |
| 13 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 14 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 15 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |

| 16 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 17 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 18 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** |
| 19 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 20 | echo rain | https://www.temu.com/echo-rain-m-634418210770022.html?goods_id=601099524917384&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188917507_wsehsands9&refer_page_sn=10032 | China | Fengxixinchengliangnibaihuodian | No. 01857, Group 3, Xiaowangdian Village, Dawang Town, Fengxi New Town, Xixian New District Other districts 710003 Shaanxi Province, Xi'an City | Exhibt 1 to Declaration of Jun Fang |
| 21 | Friday mood | https://www.temu.com/friday-mood-m-634418212688432.html?goods_id=601099554135750&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188614460_96fsip46zi&refer_page_sn=10032 | China | Shenzhenshijinxiaoxiangkeji Co., Ltd. | 2505, Block B, Building 2, Phase III, Huaqiang City Garden, Tangwei Community, Fuhai Street, Bao'an District, Shenzhen Bao'an | Exhibt 1 to Declaration of Jun Fang |

| | | | | | District 518101 Guangdong Province, Shenzhen City | |
|---|---|---|---|---|---|---|
| 22 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 23 | LEIXIAO | https://www.temu.com/leixiao-m-634418213210554.html?goods_id=60109954963716 2&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188799665_jkivwyeudx&refer_page_sn=10032 | China | Xinyexianleixiaoshangmao Co., Ltd. | No. 109, Yipin International Garden, Hanhua Subdistrict Office Xinye County 473500 Henan Province, Nanyang City | Exhibt 1 to Declaration of Jun Fang |
| 24 | Ocean World | https://www.temu.com/ocean-world-m-634418209357984.html?goods_id=60109954203864 7&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721191262624_p3rnu3deea&refer_page_sn=10032 | China | Shenzhenshixuyangdingshengkuajingmaoyi Co., Ltd. | Building 1-2, Building 1, Yaofeng Tong Industrial Park, No. 1 Donghuan 1st Road, Yousong Community, Longhua Street, Longhua District, Shenzhen, 609-1 Longhua District 570145 Guangdong Province, Shenzhen City | Exhibt 1 to Declaration of Jun Fang |

| 25 | Orange Juju | https://www.temu.com/orange-juju-m-2869016269263.html?goods_id=601099597554164&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188982750_cqldrxrimy&refer_page_sn=10032 | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 26 | PUPPYCAT | https://www.temu.com/puppycat-m-4782828272457.html?goods_id=601099518566886&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721191820063_5lt8y2krfu&refer_page_sn=10032 | China | Yiwushi baibiandi anzishan gwuyoux ianzeren gongsi | Unit 203, Building 32, Bazutang, Twenty-three Mile Street (self-declarati on) Yiwu City 322000 Zhejiang Province, Jinhua City | Exhibt 1 to Declaration of Jun Fang |
| 27 | PUPPYCAT HOME | https://www.temu.com/puppycat-home-m-634418212130351.html?goods_id=601099609602981825&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721189083837_86li0ihh8e&refer_page_sn=10032 | China | Yiwushi gaobishe ngdianzi shangwu Co., Ltd. | 1st Floor, Unit 1, Building 13, Bazutang, Twenty Sanli Street, Yiwu City, Jinhua City, Zhejiang Province (self-declarati on) Yiwu City 322000 Zhejiang Province, Jinhua City | Exhibt 1 to Declaration of Jun Fang |
| 28 | sun land | https://www.temu.com/sun-land-m-634418211047202.html?goods_id=601099562467057&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188660816_kkevywgzew&refer_page_sn=10032 | China | Zhongsh anshiruiy umaoyis hangxing (getigon gshangh u) | Room 1306-2, Building 4, Bihao Mansion, No. 32, Chengna n 5th Road, South | Exhibt 1 to Declaration of Jun Fang |

|  |  |  |  |  | District, Zhongsh an City South District Street 528455 Guangdo ng Province, Zhongsh an City |  |
|---|---|---|---|---|---|---|
| 29 | tyrannosaurus pet shop | https://www.temu.com/tyrannosaurus-pet-shop-m-634418211344247.html?goods_id=6010 99547400233&sticky_type=1&_x_sess n_id=efb027jgug&refer_page_name=go ods&refer_page_id=10032_1721188943 143_5ori1h8xfp&refer_page_sn=10032 | China | tyrannos aurus pet shop | Chinese Mainlan d | Exhibt 1 to Declaration of Jun Fang |
| 30 | WARM FAMILY GARDEN | https://www.temu.com/warm-family-garden-m-634418210739462.html?goods_id=6010 99523363480&sticky_type=1&_x_sess n_id=efb027jgug&refer_page_name=go ods&refer_page_id=10032_1721188469 750_ua490nsjri&refer_page_sn=10032 | China | WARM FAMIL Y GARDE N | Chinese Mainlan d | Exhibt 1 to Declaration of Jun Fang |
| 31 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |
| 32 | AaSFJEG | https://www.walmart.com/seller/101576 708?itemId=5994573780&pageName=it em&returnUrl=%2Fip%2FAaSFJEG-Birthday-Gift-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F5994573780%3Ffrom%3D%2 Fsearch | China | ShenZhe nshifuhu anshang MaoYou xianGon gsi | Longgan gquLong ChengJie Daoailia nShequR uyiLu55 HaoXiCe jinShund ashaCdo ng602 ShenZhe nShi, GD 518172, CN (+86) 1847680 9729 | Exhibt 1 to Declaration of Jun Fang |
| 33 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |

| 34 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|---|---|---|---|---|---|---|
| 35 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 36 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 37 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 38 | bppmkin | https://www.walmart.com/seller/101684425?itemId=7419212005&pageName=item&returnUrl=%2Fip%2FBig-Holiday-Deals-Brush-Oral-Kit-For-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others-Perfect-Gift-for-Pet-Lovers%2F7419212005%3Ffrom%3D%2Fsearch | China | guangzhouNianjinyumaoyiyouxiangongsi | guangzhoushitianhequyuancunchengjienanshedajie36hao3ceng301fang845shi guangzhoushi, GD 510630, CN (+86) 18165746617 | Exhibt 1 to Declaration of Jun Fang |
| 39 | Caeoweyjj | https://www.walmart.com/seller/102481398?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893%3Ffrom%3D%2Fsearch | China | guangzhouxicaiyumaoyiyouxiangongsi | TianHeQuGuangZhouDaBaoBeiLu613HaoWuLou506ShiF04 GuangZhouShi, GD 510610, CN | Exhibt 1 to Declaration of Jun Fang |

| | | | | | (+86) 1912956 3964 | |
|---|---|---|---|---|---|---|
| 40 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |
| 41 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |
| 42 | Dengyli | https://www.walmart.com/seller/101621 010?itemId=6099271028&pageName=it em&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F6099271028%3Ffrom%3D%2 Fsearch | China | Donggua nshijingd ieshang maoyoux iangongs i | Donggua nshihum enzhenxi amiaosha ngzhuqu sanxiang 2hao202f ang Donggua nshi, GD 523900, CN (+86) 1814584 2368 | Exhibt 1 to Declaration of Jun Fang |
| 43 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLU DED** | **EXCLU DED** | **EXCLUDED** |
| 44 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLU DED** | **EXCLU DED** | **EXCLUDED** |

| 45 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** |
|---|---|---|---|---|---|---|
| 46 | guangzhoumu guchenkejiyo uxiangongsi | https://www.walmart.com/seller/101668 603?itemId=5781357618&pageName=it em&returnUrl=%2Fip%2FYHAIOGS-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F5781357618%3Ffrom%3D%2 Fsearch | China | guangzh oumuguc henkejiy ouxiango ngsi | baiyunqu baiyunda daobeilu 1302hao 206fang G47 guangzh oushi, GD 510440, CN (+86) 1750956 7438 | Exhibt 1 to Declaration of Jun Fang |
| 47 | Guangzhouqi hengzumaoyi youxiangongs i | https://www.walmart.com/seller/101671 271?itemId=6176221590&pageName=it em&returnUrl=%2Fip%2FMVNSFEW-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F6176221590%3Ffrom%3D%2 Fsearch | China | Guangzh ouqiheng zumaoyi youxiang ongsi | TianHeQ u guangzh oudadao beilu613 haowulo u 508shiB 57 GuangZh ouShi, GD 510000, CN (+86) 1375104 2674 | Exhibt 1 to Declaration of Jun Fang |
| 48 | guangzhoushi churuimaoyi ouxiangongsi | https://www.walmart.com/seller/101668 570?itemId=6095472670&pageName=it em&returnUrl=%2Fip%2FNLLSHGJ-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F6095472670%3Ffrom%3D%2 Fsearch | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 49 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |

| 50 | GXuoiang | https://www.walmart.com/seller/102494985?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | guangzhoudinghuimaoyiyouxiangongsi | guangzhoushitian hequtang dongdonglu11hao4louB1063 guangzhoushi, GD 510665, CN (+86) 19129904546 | Exhibit 1 to Declaration of Jun Fang |
| 51 | Hjuang | https://www.walmart.com/seller/101655034?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | shenzhenshishishichangkejiyouxiangongsi | luohuqun anhujied aowenjin shequ dongmen nanlu1036haocha oshandas ha901 shenzhenshi, GD 518005, CN (+86) 13528714977 | Exhibit 2 to Declaration of Jun Fang |
| 52 | HMPEAIIY | https://www.walmart.com/seller/102487482?itemId=6331561537&pageName=item&returnUrl=%2FLinjieee-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F6331561537%3Ffrom%3D%2Fsearch | China | guangzhoushichunmeishup inyouxiangongsi | tianhequyuangangcuntian yuanlu98hao1lou105B0011 fang guangzhoushi, GD 510610, CN (+86) 19129568964 | Exhibit 2 to Declaration of Jun Fang |
| 53 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 54 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |

| 55 | Huangjiacheng | https://www.walmart.com/seller/101659836?itemId=5779269946&pageName=item&returnUrl=%2Fip%2FZiSUGP-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F5779269946%3Ffrom%3D%2Fsearch | China | guangzhoudingyuanmaoyiyouxiangongsi | baiyunquyongpingjiedongpingbeilu129hao401shiB456 guangzhoushi, GD 510442, CN (+86) 13022002748 | Exhibit 2 to Declaration of Jun Fang |
| 56 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 57 | iutvdh | https://www.walmart.com/seller/102481329?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | GuangZhouRenLanKeJiYouXianGongSi | yuexiuqujiefangnanlu123hao10Dfang1015-B1 guangzhoushi, GD 510520, CN (+86) 13352961589 | Exhibit 2 to Declaration of Jun Fang |
| 58 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 59 | JH ShiYe | https://www.walmart.com/seller/102519704?itemId=7037163454&pageName=item&returnUrl=%2Fip%2FPets-Fresh-Breath-Kit-for-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-for-Puppies-Beef-Flavor%2F7037163454%3Ffrom%3D%2Fsearch | China | shenzhenshijinghaoshiyeyouxiangongshi | BanTianJieDaoMaAnTangSheQuQiaoLianDongLiuXiang7Hao102 SHENZHEN, GD 518000, CN (+86) | Exhibit 2 to Declaration of Jun Fang |

| | | | | | 1331695 7453 | |
|---|---|---|---|---|---|---|
| 60 | Jinzhongysb | https://www.walmart.com/seller/101669 015?itemId=7013859700&pageName=it em&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F7013859700%3Ffrom%3D%2Fsearch | China | jinzhong heicheng shangma oyouxian gongsi | shanxish engjinzh ongshiyu ciquanni ngjiedao guanganj ie299hao juyancaif uguangc hangsanh aolouerc eng Jinzhong shi, SX 030600, CN (+86) 1553257 9916 | Exhibit 2 to Declaration of Jun Fang |
| 61 | jirycw | https://www.walmart.com/seller/102481 308?itemId=5555043893&pageName=it em&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | guangzh oupinggu angyong kejiyouxi angongsi | baiyunqu baiyunda daobei13 02hao20 1fangA1 4 guangzh oushi, GD 510520, CN (+86) 1812205 5260 | Exhibit 2 to Declaration of Jun Fang |
| 62 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |
| 63 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLU DED** | **EXCLU DED** | **EXCLUDED** |

| 64 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 65 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 66 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** |
| 67 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 68 | LOJKER | https://www.walmart.com/seller/101657069?itemId=6526670762&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care-Pet-Supplies%2F6526670762%3Ffrom%3D%2Fsearch | China | shenzhenshiaikelaixingongyipinyouxiangongsi | luohuquliantangjiedaoliantangshequliantangc6hao501shenzhenshi, GD 518004, CN (+86) 19871792845 | Exhibit 2 to Declaration of Jun Fang |
| 69 | Ludlz | https://www.walmart.com/seller/101266801?itemId=642085368&pageName=item&returnUrl=%2Fip%2FWindfall-Best-Dog-Toothpaste-Teeth-Cleaning-Fresh-Breath-Dental-Care-Gel-Vet-Formulated-Edible-Puppy-Cat-Oral-Hygiene-Pet-Supplies%2F642085368%3Ffrom%3D%2Fsearch | China | Haikoushiyanhuadianzishangwuyouxiangongsi | Hainanshenghaikoushilonghuaqudatongjiedaotongyihenglu26hao107fang haikou, HI 570100, CN (+86) 16676261431 | Exhibit 2 to Declaration of Jun Fang |

| 70 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 71 | LZKang | https://www.walmart.com/seller/1016517 45?itemId=5677576051&pageName=item&returnUrl=%2Fip%2FBrush-Oral-Kit-for-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others%2F5677576051%3Ffrom%3D%2Fsearch | China | Guangzhoufengm aomaoyi youxiang ongsi | Guangzh oushitian hequhua ngpudad aozhong 662hao2 004fang A14 Guangzh oushi, GD 510630, CN (+86) 1814584 2229 | Exhibit 2 to Declaration of Jun Fang |
| 72 | Minglerow | https://www.walmart.com/seller/1016454 09?itemId=2338145786&pageName=item&returnUrl=%2Fip%2FPet-Bathing-Tool-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set-Pet-Brush-Pp-B%2F2338145786%3Ffrom%3D%2Fsearch | China | HuiZhou ShiLiuY uMaoYi YouXian GongSi | huicheng qushuiko ujiedaob anshichu huanggu anlu6hao longshen ghuangg uanhuay uan 6haolou1 danyuan 19ceng0 1haofang Huizhou shi, GD 516000, CN (+86) 1364144 6713 | Exhibit 2 to Declaration of Jun Fang |
| 73 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 74 | NJHYcx | https://www.walmart.com/seller/1016663 51?itemId=7185903503&pageName=item&returnUrl=%2Fip%2FFEIALIVE-Toothpaste-Plaque-Helps-Pet-Reduce-For-Dogs-And-Enzymatic-Pet-Supplies-Pet-Supplies-One-Size%2F7185903503%3Ffrom%3D%2Fsearch | China | guangzh oubaihao hongmao yiyouxia ngongsi | guangzh oushitian hequyua ncunche ngjienan shedajie3 6hao3ce ng301fan g886shi | Exhibit 2 to Declaration of Jun Fang |

| | | | | | guangzhoushi, GD 510655, CN (+86) 13641447240 | |
|---|---|---|---|---|---|---|
| 75 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 76 | OKbus | https://www.walmart.com/seller/101645277?itemId=7133365449&pageName=item&returnUrl=%2Fip%2FXEOVHV-Best-Dog-Toothbrush-Enzymatic-Toothpaste-Kit-Teeth-Cleaning-Made-Natural-Ingredients-Reduces-Plaque-Whitens-Teeth-Freshens-Breath-Bonus-Care-G%2F7133365449%3Ffrom%3D%252Fsearch | China | foshanshishangaijiajuyouxiangongsi | guangdongshengfoshanshishundequlongjiangzhendongyongshequyongkougongyequyouyuelu11haoshouceng06hao(zhusuoshenbao) foshanshi, GD 528000, CN (+86) 17710537176 | Exhibit 2 to Declaration of Jun Fang |
| 77 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 78 | orangejuzi | https://www.walmart.com/seller/102480499?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | guangzhouyangshangmingmgmaoyiyouxiangngsi | guangzhoushibaiyunqubaiyundadaobei1302hao201fangA22 guangzhoushi, GD 510080, CN (+86) 18025462195 | Exhibit 2 to Declaration of Jun Fang |

| 79 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|----|-----------|-----------|-----------|-----------|-----------|-----------|
| 80 | QIUSge | https://www.walmart.com/seller/101607151?itemId=5293415854&pageName=item&returnUrl=%2Fip%2FClearance-Pet-Dog-Tooth-Cleaning-Kit-Toothpaste-Toothbrush-Fingerbrush-Dog-Oral-Care-Beef%2F5293415854%3Ffrom%3D%2Fsearch | China | GuangZhouMingYueYiRiYongPinYouXianGongSi | Guangzhoushitianhequjinsuilu5hao1717fangGuangzhoushi, GD 510630, CN (+86) 13823653841 | Exhibit 2 to Declaration of Jun Fang |
| 81 | Reitu | https://www.walmart.com/seller/101628587?itemId=7082457782&pageName=item&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F7082457782%3Ffrom%3D%2Fsearch | China | kunmingxiyaoguojishangmaoyouxiangongsi | wuhuaqudaguanjiedaodaguanjieKB334haoL kunmingshi, YN 650000, CN (+86) 18026933673 | Exhibit 2 to Declaration of Jun Fang |
| 82 | RFQWOVSR Clothing | https://www.walmart.com/seller/101661927?itemId=3739888239&pageName=item&returnUrl=%2Fip%2FPet-Supplies-For-Dog-House-Toothpaste-Plaque-Helps-Pet-Reduce-For-Dogs-And-Enzymatic-Pet-Supplies-Dog-Bike-Trailer-Buggy%2F3739888239%3Fathbdg%3DL1400%26from%3D%2Fsearch | | wuhancenhengweidianzhiangwuyouxiangongsi | donghuxinjishukaifaqujinronggangyilu7haoshumawuhankejiyuan1dong16ceng09-2hao(zimaoquwuhanpianqu)wuhanshi, HB 430000, CN (+86) 13720377492 | Exhibit 2 to Declaration of Jun Fang |

| 83 | EXCLUDED | EXCLUDED | EXCLUDED | EXCLUDED | EXCLUDED | EXCLUDED |
|---|---|---|---|---|---|---|
| 84 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 85 | Sengyong | https://www.walmart.com/seller/101637020?itemId=5677576051&pageName=item&returnUrl=%2Fip%2FBrush-Oral-Kit-for-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others%2F5677576051%3Ffrom%3D%2Fsearch | China | GuangZhouSheng YongKeJ iYouXia nGongSi | baiyunqu tangjingl u88hao 8louB01 01fang guangzh oushi, GD 510520, CN (+86) 1812646 9764 | Exhibit 2 to Declaration of Jun Fang |
| 86 | EXCLUDED | EXCLUDED | EXCLUDED | EXCLUDED | EXCLUDED | EXCLUDED |
| 87 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 88 | SIfdSeng | https://www.walmart.com/seller/101511950?itemId=5875027901&pageName=item&returnUrl=%2Fip%2FSIfdSeng-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care-3Pcs%2F5875027901%3Ffrom%3D%2Fsearch | China | SHenZhe nShiXiX iliSHiPin youXian GongSi | LongGan gQuBuJi JieDaoD aFenSHe QudianL ianDaSh aB501 SHenZhe nShi, GD 518114, CN (+86) 1317855 8468 | Exhibit 2 to Declaration of Jun Fang |

| 89 | simidamaoyi | https://www.walmart.com/seller/101629418?itemId=5953145292&pageName=item&returnUrl=%2Fip%2FUSYFAKGH-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-JO-Toothpaste-Up-Back-Beef-Brush-Set%2F5953145292%3Ffrom%3D%2Fsearch | China | guangzhousimidamaoyiyouxiangongsi | tianhequzhongshandadaoxilu6hao8haojiaceng F-Y16fanghao GuangZhoushi, GD 510665, CN (+86) 15207722753 | Exhibit 2 to Declaration of Jun Fang |
| 90 | SKYESHEALLY | https://www.walmart.com/seller/102487489?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | Guangzhoushijinhuafushiyouxiangongsi | tianhequyinglonglu203haozhishiyi302shi91 guangzhoushi, GD 510507, CN (+86) 18194027312 | Exhibit 2 to Declaration of Jun Fang |
| 91 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 92 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** |
| 93 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 94 | UEBXD | https://www.walmart.com/ip/Toothpaste-Plaque-Helps-Pet-Reduce-For-Dogs-And-Enzymatic-Supplies-Dog-Accessories-Catalog-Greyhounds-Trailer-Spare-Parts-Online-Shop-Rain-Cover-Bike/5977932800?from=/search | N/A | N/A | N/A | Exhibit 2 to Declaration of Jun Fang |

| 95 | UEBXS | https://www.walmart.com/seller/101671100?itemId=6904900540&pageName=item&returnUrl=%2Fip%2FMOKINGTOP-Toothpaste-Plaque-Helps-Pet-Reduce-for-Dogs-and-Enzymatic-Pet-Supplies%2F6904900540%3Ffrom%3D%2Fsearch | China | guangzhoufengangumaoyiyouxiangongsi | baiyunqudajinzhonglu40haosiceng412shiB927 guangzhoushi, GD 510507, CN (+86) 13168308034 | Exhibit 2 to Declaration of Jun Fang |
| 96 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 97 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 98 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 99 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 100 | wufeijie | https://www.walmart.com/seller/102499868?itemId=7043863499&pageName=item&returnUrl=%2Fip%2FDGHM-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-JO-Toothpaste-Up-Back-Beef-Brush-Set%2F7043863499%3Ffrom%3D%2Fsearch | China | shenzhenshiyuzhaoxingjingpinyouxiangongsi | longhuaqudalangjiedaodunbeishequ8xiang2dong304 shenzhenshi, GD 518109, CN (+86) 13421234764 | Exhibit 2 to Declaration of Jun Fang |

| 101 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 102 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 103 | XZZjjl | https://www.walmart.com/seller/101666241?itemId=7157451337&pageName=item&returnUrl=%2Fip%2FXZZjjl-Pets-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F7157451337%3Ffrom%3D%2Fsearch | China | guangzhououzhixikejiyouxiangongsi | guangzhoushitianhequzhongshandao268hao402fangA109 guangzhoushi, GD 510665, CN (+86) 13078253831 | Exhibit 2 to Declaration of Jun Fang |
| 104 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** |
| 105 | YT-SHOP | https://www.walmart.com/seller/102514752?itemId=7009718062&pageName=item&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F7009718062%3Ffrom%3D%2Fsearch | China | shenzhenshiyingtaikejiyouxiangongshi | LongGangQu NanWan JieDao XiaLiLangSheQu BuLanLu 31Hao LiLangRuanJianYuan A2 Dong 1105 ShenZhen, GD 518000, CN (+86) 15019441933 | Exhibit 2 to Declaration of Jun Fang |

| 106 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|---|---|---|---|---|---|---|
| 107 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 108 | EXCLUDED | EXCLUDED | EXCLUDED | EXCLUDED | EXCLUDED | EXCLUDED |
| 109 | YUHUO | https://www.walmart.com/seller/102477858?itemId=6895761971&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F6895761971%3Ffrom%3D%2Fsearch | China | huizhous hifengyu kejiyouxi angongsi | huicheng qusanhua nnanlu27 hao fangzhilo nghuwan donganh uayuanT18dong1 ceng06h aoE02 huizhous hi, GD 516007, CN (+86) 18026931405 | Exhibit 2 to Declaration of Jun Fang |
| 110 | Zengyong | https://www.walmart.com/seller/101537017?itemId=5668321845&pageName=item&returnUrl=%2Fip%2FFHKOEGHS-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5668321845%3Ffrom%3D%2Fsearch | China | guangzh oupawoji adianyou xiangong si | yuexiuqu jiansheda malu18h ao301fan gzibian301A4pu guangzh oushi, GD 510053, CN (+86) 13672575278 | Exhibit 2 to Declaration of Jun Fang |
| 111 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

Dated: January 22, 2025

Respectfully submitted,

/s/ Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
(312) 809-6989
ilya@zce.law

*Counsel for Plaintiff*