**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Jun Fang, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24-cv-08963 |
| ) | |
| v. ) | Dist. Judge Lindsay C. Jenkins |
| ) | |
| The Partnerships and ) | Mag. Judge Heather K. McShain |
| Unincorporated Associations ) | |
| Identified on Schedule "A", ) | |
| ) | |
| Defendants. ) | |

**<u>Declaration of Service</u>**

I, Ilya G. Zlatkin, of the County of Lake, in the State of Indiana, hereby declare as follows:

**1.** I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am an attorney for Plaintiff Jun Fang. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

**2.** I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to answer or otherwise plead in this action within the allotted time after receiving service of process [*see* Dkts. 22] in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

**3.** My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated online marketplace account and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily

domiciled in China. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 22, 2025 in Lake County, Indiana.

                Respectfully submitted,

                /s/ Ilya G. Zlatkin
                Ilya G. Zlatkin
                Zlatkin Cann Entertainment
                4245 N. Knox Ave.
                Chicago, IL 60641
                ilya@zce.law
                Ph. (312) 809-8022
                Fax (312) 809-6918

                *Counsel for Plaintiff*