IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-08963 |
| | ) | |
| v. | ) | Dist. Judge Lindsay C. Jenkins |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) | Mag. Judge Heather K. McShain |
| | ) | |
| Defendants. | ) | |

**Declaration of Ilya G. Zlatkin**

I, Ilya G. Zlatkin, of the County of Lake, in the State of Indiana, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am the attorney of record for Plaintiff Jun Fang ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

2. Pursuant to the Court's minute entry order dated January 23, 2025 ("Minute Order") [Dkt. 42], I served a copy of the Minute Order on all Defaulting Defendants in this case. Specifically, first, on the same day as the issuance of the Minute Order, I published the Minute Order on a webpage dedicated to this case, which can be accessed at the following URL: https://zce.law/ndil-24-cv-8963/ ("Case Webpage"). A true and correct screenshot of the Case Webpage as of the date of this Declaration is attached hereto as **Exhibit 1**.

3. After publication of the Minute Order at the Case Webpage, on the same day as the issuance of the Minute Order, I proceeded to cause the emailing of a notice to all Defaulting Defendants

using the email addresses received from third-party platforms pursuant to the temporary restraining order ("TRO") [Dkt. 17] issued by the Court, ordering, *inter alia*, expedited discovery. In the email, I attached a copy of the Minute Order and also provided a link to the Case Webpage. A true and correct copy of the correspondence sent to all Defaulting Defendants relating to the Minute Order is attached hereto as **Exhibit 2**. (I have redacted the exhibit to remove the email addresses of Defaulting Defendants, so as to avoid the facilitation of communications and coordination among the Defaulting Defendants.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 27, 2025.

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Phone: (312) 809-8022

*Attorney for Plaintiff*