# EXHIBIT 2

| | |
|---|---|
| **From:** | Zlatkin Wong Enforcement Team |
| **Sent:** | 1/23/2025 3:43:16 PM |
| **To:** | Zlatkin Wong Enforcement Team |
| **Bcc:** | Ilya Zlatkin; ███████@qq.com; ███████@163.com; ███████@163.com; ███████@qq.com; ███████@qq.com; ███████@qq.com; ███████ ███████ ███████@qq.com; ███████@qq.com; ███████@163.com; ███████@163.com; ███████@126.com; ███████@163.com; ███████@163.com; ███████@163.com; ███████@126.com; ███████@126.com; ███████@163.com; ███████@163.com; ███████@163.com; ███████@126.com; ███████@163.com; ███████@163.com; ███████@126.com; ███████@163.com; ███████@163.com; ███████@126.com; ███████@126.com; ███████@yeah.net; ███████@163.com; ███████@163.com; ███████@163.com; ███████@163.com; ███████@163.com; ███████@126.com; ███████@163.com; ███████@163.com; ███████@163.com; ███████@163.com; ███████@126.com; ███████@163.com; ███████@126.com; ███████@163.com; ███████@163.com; ███████@126.com; ███████ ███████@qq.com; ███████@qq.com; ███████@outlook.com; ███████ |
| **Subject:** | Motion for Entry of Default and Default Judgment - NDIL Case No. 24-cv-8963 |
| **Attachments:** | 2025-01-22 COMBINED Dkt 40 Motion for DJ - 24cv8963.pdf, 2025-01-23 Dkt 42 Minute Entry re Default Judgment Deadlines - 24cv8963.pdf |

Hello,

Attached please find the Plaintiff's Motion for Entry of Default and Default Judgment (including attachments) filed in the above-referenced case. The Court has entered default under Rule 55(a) of the Federal Rules of Civil Procedure and has allowed defaulted defendants to file any objections to the motion for entry of default judgment by **January 30, 2025**. The minute entry relating to the above (issued today and containing additional pertinent information) is attached here as well.

These documents, along with other documents pertinent to this case, can be accessed at the following link:

https://zce.law/ndil-24-cv-8963/

If you are represented by counsel and we have been contacted by counsel on your behalf, your attorney has also been blind-copied on this email.

Best regards,

Enforcement
Zlatkin Cann Entertainment (formerly Zlatkin Wong LLP)