IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-08963 |
| | ) | |
| v. | ) | Dist. Judge Lindsay C. Jenkins |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) | Mag. Judge Heather K. McShain |
| | ) | |
| Defendants. | ) | |

### Notice of Dismissal Under Rule 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Jun Fang ("Plaintiff") hereby dismisses this action with prejudice against solely the following defendant(s):

| Schedule A Line No. | Defendant Online Store |
|---|---|
| 92 | SRstrat Co.Ltd |

Each side shall bear their own costs and fees, including all attorneys' fees.

Dated this January 28, 2025

Respectfully submitted,

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
(312) 809-8022
ilya@zce.law

*Counsel for Plaintiff*