# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jun Fang

                                        Plaintiff,

v.                                                      Case No.: 1:24–cv–08963
                                                        Honorable Lindsay C.
                                                        Jenkins

chengdeshichengdexiangaositaizhenxinglong, et
al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 4, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motions to dismiss [38] [39] are granted. Defendants FENGBIN Co. Ltd, DIANNAO Co. Ltd, DUNENG Co. Ltd, SANZHI Co. Ltd, SETI Co. Ltd, and YEBENG Co. Ltd are dismissed without prejudice for lack of personal jurisdiction. See attached Order for further details. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.