**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jun Fang, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-08963 |
| | ) | |
| v. | ) | Dist. Judge Lindsay C. Jenkins |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | |
| Identified in Schedule "A," | ) | |
| Defendants. | ) | |

**Default Judgment Order**

This action having been commenced by Plaintiff Jun Fang. ("Plaintiff" or "Fang") against

the defendants identified in the Complaint (collectively, "Defendant Online Stores"), and Plaintiff

having moved for entry of Default and Default Judgment against the non-excluded defendants

identified on Schedule A attached hereto (collectively, "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order

against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the

combination of providing notice via electronic publication and e-mail, along with any notice that

Defaulting Defendants received from payment processors, being notice reasonably calculated

under all circumstances to apprise Defaulting Defendants of the pendency of the action and

affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the

time for answering the Complaint having expired;

**THIS COURT HEREBY FINDS** that it has personal jurisdiction over Defaulting

Defendants because Defaulting Defendants directly target their business activities toward

consumers in the United States, including Illinois. Specifically, Defaulting Defendants are

reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Online Stores through which Illinois residents can purchase products being sold by Defaulting Defendants using infringing versions of the YINGTE Mark:

| Reg. No. | Trademark | Goods |
|---|---|---|
| 6,718,955 |  | For: Home dental care products for dogs and cats, namely, toothpaste; Non-medicated dental preparations for cats, dogs and pets, namely, toothpaste and preparations for removing plaque. Class 003. |

**THIS COURT FURTHER FINDS** that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

**IT IS FURTHER ORDERED** that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    **a.** using the YINGTE Mark or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing,

advertising, offering for sale, or sale of any product that is not a genuine YINGTE Product or not authorized by Plaintiff to be sold in connection with the YINGTE Mark;

**b.** passing off, inducing, or enabling others to sell or pass off any product as a genuine YINGTE Product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the YINGTE Mark;

**c.** committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

**d.** further infringing the YINGTE Mark and damaging Plaintiff's goodwill;

**e.** otherwise competing unfairly with Plaintiff in any manner; and

**f.** manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the YINGTE Mark.

**2.** Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defendant Online Stores or other online marketplace accounts operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as Amazon, eBay, AliExpress, Wish, WhaleCo Inc. ("Temu"), Shein, Joom, Alibaba, Walmart, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third-party processors, and other payment processing service providers, Internet

search engines such as Google, Bing, and Yahoo (collectively, "Third Party Providers") shall within three (3) business days of receipt of this Order:

    **a.** disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the YINGTE Mark;

    **b.** disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the YINGTE Mark; and

    **c.** take all steps necessary to prevent links to the Defendant Online Stores identified on Schedule A hereto from displaying in search results, including, but not limited to, removing links to the Defendant Online Stores from any search index.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of One Hundred Thousand U.S. Dollars ($100,000) for willful use of counterfeit YINGTE Mark on products sold through at least the Defendant Online Stores.

4. Any Third-Party Providers holding funds for Defaulting Defendants, including PayPal, Payoneer, AliPay / AntFinanical, Joom, Temu, Shein, eBay, Wish/ContextLogic, Walmart, and Amazon shall, within two (2) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants or the Defendant Online Stores identified in Schedule A hereto from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, Payoneer, AliPay / AntFinanical, Joom, Temu, Shein, eBay, Wish/ContextLogic, Walmart, and Amazon are hereby released to Plaintiff as

partial payment of the above-identified damages, and PayPal, Payoneer, AliPay / AntFinanical, Joom, Temu, Shein, eBay, Wish/ContextLogic, Walmart, and Amazon are ordered to release to Plaintiff the amounts from Defaulting Defendants' accounts within fourteen (14) calendar days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, Payoneer, AliPay / AntFinanical, Joom, Temu, Shein, eBay, Wish/ContextLogic, Walmart, and Amazon, in the event that any new financial accounts controlled, used, or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Payoneer, AliPay / AntFinanical, Joom, Temu, Shein, eBay, Wish/ContextLogic, Walmart, and Amazon, shall within five (5) business days:

   a. locate all accounts and funds connected to Defaulting Defendants or the Defendant Online Stores, including, but not limited to, any PayPal, Payoneer, AliPay / AntFinanical, Joom, Temu, Shein, eBay, Wish/ContextLogic, Walmart, and Amazon accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental

proceeding to the Defaulting Defendants by e-mail at any e-mail addresses provided for Defaulting Defendants by Third-Party Providers or other third parties.

8. The $10,000.00 cash bond posted by Plaintiff is hereby released to Plaintiff or Plaintiff's counsel, ZCE LLC d/b/a Zlatkin Cann Entertainment. The Clerk of the Court is directed to return the cash bond previously deposited with the Clerk of the Court to Plaintiff or Plaintiff's counsel.

This is a Final Judgment.

Dated: 2/6/2025

_____

U.S. District Court Judge Lindsay C. Jenkins

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Jun Fang, | ) |
| Plaintiff, | ) |
| | ) Case No. 1:24-cv-08963 |
| | ) |
| v. | ) Dist. Judge Lindsay C. Jenkins |
| The Partnerships and | ) |
| Unincorporated Associations | ) |
| Identified in Schedule "A," | ) |
| Defendants. | ) |

## Schedule A

| No | Store | Link | Country | Owner | Contact | Evidence |
|---|---|---|---|---|---|---|
| 1 | chengdeshichengdexiangaositaizhenxinglong | https://www.amazon.com/s?me=A3AXOWRWU6N002&marketplaceID=ATVPDKIKX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 2 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 3 | GblVue | https://www.amazon.com/sp?ie=UTF8&seller=A77VLQZQSV6YB&isAmazonFulfilled=0&asin=B0CH9QN5WJ&ref_=olp_merch_name_1 | China | LUZILONG | 文冲街道安置房4期h4栋广州市广东51070CN | Exhibt 1 to Declaration of Jun Fang |
| 4 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 6 | HyZsql | https://www.amazon.com/s?me=A3C8YGIZP325IM&marketplaceID=ATVPDKIKX0DER | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 7 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 8 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 9 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 10 | MENGYINBH | https://www.amazon.com/s?ie=UTF8&marketplaceID=ATVPDKIKX0DER&me=A3LC24DERGUFYP | China | kaifengshigulouquyingyinbaihuoshanghang | 鼓楼区生产后街63号开封市河南475000 CN | Exhibt 1 to Declaration of Jun Fang |
| 11 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 12 | Softomall | https://www.amazon.com/sp?ie=UTF8&seller=A24GD8Y2R14LYW&asin=B0C8KKS3QH&ref_=dp_merchant_link&isAmazonFulfilled=1 | Pakistan | Azrim Arif | National General store Dhanni Baklan District Jehlum valley Hattian Bala AJK AJK Pakistan 13180 PK | Exhibt 1 to Declaration of Jun Fang |
| 13 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 14 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 15 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 16 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 17 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 18 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** |
| 19 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 20 | echo rain | https://www.temu.com/echo-rain-m-634418210770022.html?goods_id=601099524917384&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188917507_wsehsands9&refer_page_sn=10032 | China | Fengxixinchengliangnibaihuodian | No. 01857, Group 3, Xiaowangdian Village, Dawang Town, Fengxi New Town, Xixian New District Other districts 710003 Shaanxi Province, Xi'an City | Exhibt 1 to Declaration of Jun Fang |
| 21 | Friday mood | https://www.temu.com/friday-mood-m-634418212688432.html?goods_id=601099554135750&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188614460_96fsip46zi&refer_page_sn=10032 | China | Shenzhenshijinxiaoxiangkeji Co., Ltd. | 2505, Block B, Building 2, Phase III, Huaqiang City Garden, Tangwei Community, Fuhai Street, Bao'an District, Shenzhen Bao'an | Exhibt 1 to Declaration of Jun Fang |

| | | | | | District 518101 Guangdong Province, Shenzhen City | |
|---|---|---|---|---|---|---|
| 22 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 23 | LEIXIAO | https://www.temu.com/leixiao-m-634418213210554.html?goods_id=601099549637162&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188799665_jkivwyeudx&refer_page_sn=10032 | China | Xinyexianleixiaoshangmao Co., Ltd. | No. 109, Yipin International Garden, Hanhua Subdistrict Office Xinye County 473500 Henan Province, Nanyang City | Exhibt 1 to Declaration of Jun Fang |
| 24 | Ocean World | https://www.temu.com/ocean-world-m-634418209357984.html?goods_id=601099542038647&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721191262624_p3rnu3deea&refer_page_sn=10032 | China | Shenzhenshixuyangdingshengkuaijingmaoyi Co., Ltd. | Building 1-2, Building 1, Yaofeng Tong Industrial Park, No. 1 Donghuan 1st Road, Yousong Community, Longhua Street, Longhua District, Shenzhen, 609-1 Longhua District 570145 Guangdong Province, Shenzhen City | Exhibt 1 to Declaration of Jun Fang |

| 25 | Orange Juju | https://www.temu.com/orange-juju-m-2869016269263.html?goods_id=601099597554164&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188982750_cqldrxrimy&refer_page_sn=10032 | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
|---|---|---|---|---|---|---|
| 26 | PUPPYCAT | https://www.temu.com/puppycat-m-4782828272457.html?goods_id=601099518566886&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721191820063_5lt8y2krfu&refer_page_sn=10032 | China | Yiwushi baibiandi anzishan gwuyoux ianzeren gongsi | Unit 203, Building 32, Bazutang , Twenty-three Mile Street (self-declarati on) Yiwu City 322000 Zhejiang Province, Jinhua City | Exhibt 1 to Declaration of Jun Fang |
| 27 | PUPPYCAT HOME | https://www.temu.com/puppycat-home-m-634418212130351.html?goods_id=601099602981825&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721189083837_86li0ihh8e&refer_page_sn=10032 | China | Yiwushi gaobishe ngdianzi shangwu Co., Ltd. | 1st Floor, Unit 1, Building 13, Bazutang , Twenty Sanli Street, Yiwu City, Jinhua City, Zhejiang Province (self-declarati on) Yiwu City 322000 Zhejiang Province, Jinhua City | Exhibt 1 to Declaration of Jun Fang |
| 28 | sun land | https://www.temu.com/sun-land-m-634418211047202.html?goods_id=601099562467057&sticky_type=1&_x_sessn_id=efb027jgug&refer_page_name=goods&refer_page_id=10032_1721188660816_kkevywgzew&refer_page_sn=10032 | China | Zhongsh anshiruiy umaoyis hangxing (getigon gshangh u) | Room 1306-2, Building 4, Bihao Mansion, No. 32, Chengna n 5th Road, South | Exhibt 1 to Declaration of Jun Fang |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | District, Zhongsh an City South District Street 528455 Guangdo ng Province, Zhongsh an City | |
| 29 | tyrannosaurus pet shop | https://www.temu.com/tyrannosaurus-pet-shop-m-634418211344247.html?goods_id=6010 99547400233&sticky_type=1&_x_sess n_id=efb027jgug&refer_page_name=go ods&refer_page_id=10032_1721188943 143_5ori1h8xfp&refer_page_sn=10032 | China | tyrannos aurus pet shop | Chinese Mainlan d | Exhibt 1 to Declaration of Jun Fang |
| 30 | WARM FAMILY GARDEN | https://www.temu.com/warm-family-garden-m-634418210739462.html?goods_id=6010 99523363480&sticky_type=1&_x_sess n_id=efb027jgug&refer_page_name=go ods&refer_page_id=10032_1721188469 750_ua490nsjri&refer_page_sn=10032 | China | WARM FAMIL Y GARDE N | Chinese Mainlan d | Exhibt 1 to Declaration of Jun Fang |
| 31 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |
| 32 | AaSFJEG | https://www.walmart.com/seller/101576 708?itemId=5994573780&pageName=it em&returnUrl=%2Fip%2FAaSFJEG-Birthday-Gift-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F5994573780%3Ffrom%3D%2 Fsearch | China | ShenZhe nshifuhu anshang MaoYou xianGon gsi | Longgan gquLong ChengJie Daoailia nShequR uyiLu55 HaoXiCe jinShund ashaCdo ng602 ShenZhe nShi, GD 518172, CN (+86) 1847680 9729 | Exhibt 1 to Declaration of Jun Fang |
| 33 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |

| 34 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 35 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 36 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 37 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 38 | bppmkin | https://www.walmart.com/seller/101684425?itemId=7419212005&pageName=item&returnUrl=%2Fip%2FBig-Holiday-Deals-Brush-Oral-Kit-For-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others-Perfect-Gift-for-Pet-Lovers%2F7419212005%3Ffrom%3D%2Fsearch | China | guangzhouNianjinyumaoyiyouxiangongsi | guangzhoushitianhequyuancunchengjienanshedajie36hao3ceng301fang845shi guangzhoushi, GD 510630, CN (+86) 18165746617 | Exhibt 1 to Declaration of Jun Fang |
| 39 | Caeoweyjj | https://www.walmart.com/seller/102481398?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893%3Ffrom%3D%2Fsearch | China | guangzhouxicaiyumaoyiyyouxiangsi | TianHeQuGuangZhouDaDaoBeiLu613HaoWuLou506ShiF04 GuangZhouShi, GD 510610, CN | Exhibt 1 to Declaration of Jun Fang |

| | | | | | (+86) 1912956 3964 | |
|---|---|---|---|---|---|---|
| 40 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |
| 41 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |
| 42 | Dengyli | https://www.walmart.com/seller/101621 010?itemId=6099271028&pageName=it em&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F6099271028%3Ffrom%3D%2 Fsearch | China | Donggua nshijingd ieshang maoyoux iangongs i | Donggua nshihum enzhenxi amiaosha ngzhuqu sanxiang 2hao202f ang Donggua nshi, GD 523900, CN (+86) 1814584 2368 | Exhibt 1 to Declaration of Jun Fang |
| 43 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |
| 44 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |

| 45 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|---|---|---|---|---|---|---|
| 46 | guangzhoumuguchenkejiyouxiangongsi | https://www.walmart.com/seller/101668603?itemId=5781357618&pageName=item&returnUrl=%2Fip%2FYHAIOGS-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F5781357618%3Ffrom%3D%2Fsearch | China | guangzhoumuguchenkejiyouxiangongsi | baiyunqu baiyunda daobeilu 1302hao 206fang G47 guangzhoushi, GD 510440, CN (+86) 17509567438 | Exhibt 1 to Declaration of Jun Fang |
| 47 | Guangzhouqihengzumaoyiyouxiangongsi | https://www.walmart.com/seller/101671271?itemId=6176221590&pageName=item&returnUrl=%2Fip%2FMVNSFEW-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F6176221590%3Ffrom%3D%2Fsearch | China | Guangzhouqihengzumaoyiyouxiangongsi | TianHeQu guangzhoudadaobeilu613haowulou 508shiB57 GuangZhouShi, GD 510000, CN (+86) 13751042674 | Exhibt 1 to Declaration of Jun Fang |
| 48 | guangzhoushichuruimaoyiouxiangongsi | https://www.walmart.com/seller/101668570?itemId=6095472670&pageName=item&returnUrl=%2Fip%2FNLLSHGJ-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F6095472670%3Ffrom%3D%2Fsearch | N/A | N/A | N/A | Exhibt 1 to Declaration of Jun Fang |
| 49 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |

| 50 | GXuoiang | https://www.walmart.com/seller/102494985?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | guangzhoudinghuimaoyiyouxiangongsi | guangzhoushitianhequtangdongdonglu1hao4louB1063 guangzhoushi, GD 510665, CN (+86) 19129904546 | Exhibit 1 to Declaration of Jun Fang |
| 51 | Hjuang | https://www.walmart.com/seller/101655034?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | shenzhenshishishichangkejiyouxiangongsi | luohuqunanhujiedaowenjinshequdongmennanlu1036haochaoshandasha901 shenzhenshi, GD 518005, CN (+86) 13528714977 | Exhibit 2 to Declaration of Jun Fang |
| 52 | HMPEAIIY | https://www.walmart.com/seller/102487482?itemId=6331561537&pageName=item&returnUrl=%2FLinjieee-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F6331561537%3Ffrom%3D%2Fsearch | China | guangzhoushichunmeishipinyouxiangongsi | tianhequyuangangcuntianyuanlu98hao1lou105B0011fang guangzhoushi, GD 510610, CN (+86) 19129568964 | Exhibit 2 to Declaration of Jun Fang |
| 53 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 54 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |

| 55 | Huangjiacheng | https://www.walmart.com/seller/101659836?itemId=5779269946&pageName=item&returnUrl=%2Fip%2FZiSUGP-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care%2F5779269946%3Ffrom%3D%2Fsearch | China | guangzhoudingyuanmaoyiyouxiangongsi | baiyunquyongpingjiedongpingbeilu129hao401shiB456 guangzhoushi, GD 510442, CN (+86) 13022002748 | Exhibit 2 to Declaration of Jun Fang |
| 56 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 57 | iutvdh | https://www.walmart.com/seller/102481329?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | GuangZhouRenLanKeJiYouXianGongSi | yuexiuqujiefangnanlu123hao10Dfang1015-B1 guangzhoushi, GD 510520, CN (+86) 13352961589 | Exhibit 2 to Declaration of Jun Fang |
| 58 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 59 | JH ShiYe | https://www.walmart.com/seller/102519704?itemId=7037163454&pageName=item&returnUrl=%2Fip%2FPets-Fresh-Breath-Kit-for-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-for-Puppies-Beef-Flavor%2F7037163454%3Ffrom%3D%2Fsearch | China | shenzhenshijinghaoshiyeyouxiangongshi | BanTianJieDaoMaAnTangSheQuQiaoLianDong LiuXiang 7Hao 102 SHENZHEN, GD 518000, CN (+86) |

| | | | | 1331695 7453 | |
|---|---|---|---|---|---|
| 60 | Jinzhongysb | https://www.walmart.com/seller/101669 015?itemId=7013859700&pageName=it em&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F7013859700%3Ffrom%3D%2Fsearch | China | jinzhong heicheng shangma oyouxian gongsi | shanxish engjinzh ongshiyu ciquanni ngjiedao guanganj ie299hao juyancaif uguangc hangsanh aolouerc eng Jinzhong shi, SX 030600, CN (+86) 1553257 9916 | Exhibit 2 to Declaration of Jun Fang |
| 61 | jirycw | https://www.walmart.com/seller/102481 308?itemId=5555043893&pageName=it em&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | guangzh ouping g uangyon gkejiyou xiangong si | baiyunqu baiyunda daobei13 02hao20 1fangA1 4 guangzh oushi, GD 510520, CN (+86) 1812205 5260 | Exhibit 2 to Declaration of Jun Fang |
| 62 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMIS SED** | **DISMIS SED** | **DISMISSED** |
| 63 | **EXCLUDED** | **EXCLUDED** | **EXCLUDED** | **EXCLU DED** | **EXCLU DED** | **EXCLUDED** |

| 64 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|---|---|---|---|---|---|---|
| 65 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 66 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 67 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
| 68 | LOJKER | https://www.walmart.com/seller/101657069?itemId=6526670762&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care-Pet-Supplies%2F6526670762%3Ffrom%3D%2Fsearch | China | shenzhenshiaikelaixingongyipinyouxiangongsi | luohuquliantangjiedaoliantangshequliantangcun3xiang6hao501shenzhenshi, GD 518004, CN (+86) 19871792845 | Exhibit 2 to Declaration of Jun Fang |
| 69 | Ludlz | https://www.walmart.com/seller/101266801?itemId=642085368&pageName=item&returnUrl=%2Fip%2FWindfall-Best-Dog-Toothpaste-Teeth-Cleaning-Fresh-Breath-Dental-Care-Gel-Vet-Formulated-Edible-Puppy-Cat-Oral-Hygiene-Pet-Supplies%2F642085368%3Ffrom%3D%2Fsearch | China | Haikouhiyanhuadianzishangwuyouxiangongsi | Hainanshenghaikoushilonghuaqudatongjiedaodatongyihenglu26hao107fang haikou, HI 570100, CN (+86) 16676261431 | Exhibit 2 to Declaration of Jun Fang |

| 70 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 71 | LZKang | https://www.walmart.com/seller/101651745?itemId=5677576051&pageName=item&returnUrl=%2Fip%2FBrush-Oral-Kit-for-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others%2F5677576051%3Ffrom%3D%2Fsearch | China | Guangzhoufengmaomaoyiyouxiangongsi | Guangzhoushitianhequhuangpudadaozhong662hao2004fangA14 Guangzhoushi, GD 510630, CN (+86) 18145842229 | Exhibit 2 to Declaration of Jun Fang |
| 72 | Minglerow | https://www.walmart.com/seller/101645409?itemId=2338145786&pageName=item&returnUrl=%2Fip%2FPet-Bathing-Tool-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-Jo-Toothpaste-Up-Back-Beef-Brush-Set-Pet-Brush-Pp-B%2F2338145786%3Ffrom%3D%2Fsearch | China | HuiZhouShiLiuYuMaoYiYouXianGongSi | huichengqushuikoujiedaobanshichuhuangguanlu6haolongshenghuangguanhuayuan6haolou1danyuan19ceng01haofangHuizhoushi, GD 516000, CN (+86) 13641446713 | Exhibit 2 to Declaration of Jun Fang |
| 73 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 74 | NJHYcx | https://www.walmart.com/seller/101666351?itemId=7185903503&pageName=item&returnUrl=%2Fip%2FFEIALIVE-Toothpaste-Plaque-Helps-Pet-Reduce-For-Dogs-And-Enzymatic-Pet-Supplies-Pet-Supplies-One-Size%2F7185903503%3Ffrom%3D%2Fsearch | China | guangzhoubaihaohongmaoyiyouxiangongsi | guangzhoushitianhequyuancunchengjienanshedajie36hao3ceng301fang886shi | Exhibit 2 to Declaration of Jun Fang |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | guangzhoushi, GD 510655, CN (+86) 13641447240 | |
| 75 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 76 | OKbus | https://www.walmart.com/seller/1016455277?itemId=7133365449&pageName=item&returnUrl=%2Fip%2FXEOVHV-Best-Dog-Toothbrush-Enzymatic-Toothpaste-Kit-Teeth-Cleaning-Made-Natural-Ingredients-Reduces-Plaque-Whitens-Teeth-Freshens-Breath-Bonus-Care-G%2F7133365449%3Ffrom%3D%252Fsearch | China | foshanshishangaijiajuyouxiangongsi | guangdongshengfoshanshishundequlongjiangzhendongyongshequyonggkougongyequyouyuelu11haoshouceng06hao(zhusuoshenbao) foshanshi, GD 528000, CN (+86) 17710537176 | Exhibit 2 to Declaration of Jun Fang |
| 77 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 78 | orangejuzi | https://www.walmart.com/seller/1024804499?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | guangzhouyangshangminggmaoyiyouxiangongsi | guangzhoushibaiyunqubaiyundadaobei1302hao201fangA22 guangzhoushi, GD 510080, CN (+86) 18025462195 | Exhibit 2 to Declaration of Jun Fang |

| 79 | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED | DISMISSED |
|---|---|---|---|---|---|---|
| 80 | QIUSge | https://www.walmart.com/seller/101607151?itemId=5293415854&pageName=item&returnUrl=%2Fip%2FClearance-Pet-Dog-Tooth-Cleaning-Kit-Toothpaste-Toothbrush-Fingerbrush-Dog-Oral-Care-Beef%2F5293415854%3Ffrom%3D%2Fsearch | China | GuangZhouMingYueYiRiYongPinYouXianGongSi | Guangzhoushitianhequjinsuilu5hao1717fangGuangzhoushi, GD 510630, CN (+86) 13823653841 | Exhibit 2 to Declaration of Jun Fang |
| 81 | Reitu | https://www.walmart.com/seller/101628587?itemId=7082457782&pageName=item&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F7082457782%3Ffrom%3D%2Fsearch | China | kunmingxiyaoguojishangmaoyouxiangongsi | wuhuaqudaguanjiedaodaguanjieKB334haoL kunmingshi, YN 650000, CN (+86) 18026933673 | Exhibit 2 to Declaration of Jun Fang |
| 82 | RFQWOVSR Clothing | https://www.walmart.com/seller/101661927?itemId=3739888239&pageName=item&returnUrl=%2Fip%2FPet-Supplies-For-Dog-House-Toothpaste-Plaque-Helps-Pet-Reduce-For-Dogs-And-Enzymatic-Pet-Supplies-Dog-Bike-Trailer-Buggy%2F3739888239%3Fathbdg%3DL1400%26from%3D%2Fsearch | | wuhancenhengweidianzishangwuyouxiangongsi | donghuxinjishukaifaqujinronggangyilu7haoshumawuhankejiyuan1dong16ceng09-2hao(zimaoquwuhanpianqu) wuhanshi, HB 430000, CN (+86) 13720377492 | Exhibit 2 to Declaration of Jun Fang |

| 83 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 84 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 85 | Sengyong | https://www.walmart.com/seller/101637020?itemId=5677576051&pageName=item&returnUrl=%2Fip%2FBrush-Oral-Kit-for-Pet-Care-Dog-Toothpaste-Toothbrush-Health-Finger-Pet-Others%2F5677576051%3Ffrom%3D%2Fsearch | China | GuangZhouShengYongKeJiYouXianGongSi | baiyunqutangjingu88hao8louB0101fangguangzhoushi, GD 510520, CN (+86) 18126469764 | Exhibit 2 to Declaration of Jun Fang |
| 86 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 87 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 88 | SIfdSeng | https://www.walmart.com/seller/101511950?itemId=5875027901&pageName=item&returnUrl=%2Fip%2FSIfdSeng-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-for-Pet-Oral-Health-Care-3Pcs%2F5875027901%3Ffrom%3D%2Fsearch | China | SHenZhenShiXiXiliSHiPinyouXianGongSi | LongGangQuBuJiJieDaoDaFenSHeQudianLianDaShaB501 SHenZhenShi, GD 518114, CN (+86) 13178558468 | Exhibit 2 to Declaration of Jun Fang |

| 89 | simidamaoyi | https://www.walmart.com/seller/101629418?itemId=5953145292&pageName=item&returnUrl=%2Fip%2FUSYFAKGH-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-JO-Toothpaste-Up-Back-Beef-Brush-Set%2F5953145292%3Ffrom%3D%2Fsearch | China | guangzhousimidamaoyiyouxiangongsi | tianhequzhongshandadaoxilu6hao8haojiaceng F-Y16fanghao GuangZhoushi, GD 510665, CN (+86) 15207722753 | Exhibit 2 to Declaration of Jun Fang |
| 90 | SKYESHEALLY | https://www.walmart.com/seller/102487489?itemId=5555043893&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5555043893 | China | Guangzhoushijinhuafushiyouxiangongsi | tianhequyinglonglu203haozhishiyi302shi91 guangzhoushi, GD 510507, CN (+86) 18194027312 | Exhibit 2 to Declaration of Jun Fang |
| 91 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 92 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 93 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 94 | UEBXD | https://www.walmart.com/ip/Toothpaste-Plaque-Helps-Pet-Reduce-For-Dogs-And-Enzymatic-Supplies-Dog-Accessories-Catalog-Greyhounds-Trailer-Spare-Parts-Online-Shop-Rain-Cover-Bike/5977932800?from=/search | N/A | N/A | N/A | Exhibit 2 to Declaration of Jun Fang |

| 95 | UEBXS | https://www.walmart.com/seller/101671100?itemId=6904900540&pageName=item&returnUrl=%2Fip%2FMOKINGTOP-Toothpaste-Plaque-Helps-Pet-Reduce-for-Dogs-and-Enzymatic-Pet-Supplies%2F6904900540%3Ffrom%3D%2Fsearch | China | guangzhoufengangumaoyiyouxiangongsi | baiyunqudajinzhonglu40haosiceng412shiB927 guangzhoushi, GD 510507, CN (+86) 13168308034 | Exhibit 2 to Declaration of Jun Fang |
| 96 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 97 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 98 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 99 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 100 | wufeijie | https://www.walmart.com/seller/102499868?itemId=7043863499&pageName=item&returnUrl=%2Fip%2FDGHM-Pet-Toothbrush-Flavour-Dog-Cat-Cleaning-JO-Toothpaste-Up-Back-Beef-Brush-Set%2F7043863499%3Ffrom%3D%2Fsearch | China | shenzhenshiyuzhaoxingjingpinyouxiangongsi | longhuaqudalangjiedaodunbeishequ8xiang2dong304 shenzhenshi, GD 518109, CN (+86) 13421234764 | Exhibit 2 to Declaration of Jun Fang |

| 101 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 102 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 103 | XZZjjl | https://www.walmart.com/seller/101666241?itemId=7157451337&pageName=item&returnUrl=%2Fip%2FXZZjjl-Pets-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F7157451337%3Ffrom%3D%2Fsearch | China | guangzhououzhixikejiyouxiangongsi | guangzhoushitianhequzhongshandao268hao402fangA109 guangzhoushi, GD 510665, CN (+86) 13078253831 | Exhibit 2 to Declaration of Jun Fang |
| 104 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 105 | YT-SHOP | https://www.walmart.com/seller/102514752?itemId=7009718062&pageName=item&returnUrl=%2Fip%2FPetpeet-Pets-Fresh-Breath-Kit-Dogs-Contains-Toothpaste-Toothbrush-Fingerbrush-Reduces-Plaque-Tartar-Buildup-Safe-Puppies-Beef-Flavor%2F7009718062%3Ffrom%3D%2Fsearch | China | shenzhenshiyingtaikejiyouxiangongshi | LongGangQu NanWanJieDao XiaLiLangSheQu BuLanLu 31Hao LiLangRuanJianYuan A2 Dong 1105 ShenZhen, GD 518000, CN (+86) 15019441933 | Exhibit 2 to Declaration of Jun Fang |

| 106 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
|---|---|---|---|---|---|---|
| 107 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 108 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |
| 109 | YUHUO | https://www.walmart.com/seller/102477858?itemId=6895761971&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F6895761971%3Ffrom%3D%2Fsearch | China | huizhoushifengyukejiyouxiangongsi | huichengqusanhuannanlu27hao fangzhilonghuwandonganhuayuanT18dong1ceng06haoE02 huizhoushi, GD 516007, CN (+86) 18026931405 | Exhibit 2 to Declaration of Jun Fang |
| 110 | Zengyong | https://www.walmart.com/seller/101537017?itemId=5668321845&pageName=item&returnUrl=%2Fip%2FFHKOEGHS-Dog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F5668321845%3Ffrom%3D%2Fsearch | China | guangzhoupawojiadianyouxiangongsi | yuexiuqujianshedamalu18hao301fangzibian301A4pu guangzhoushi, GD 510053, CN (+86) 13672575278 | Exhibit 2 to Declaration of Jun Fang |
| 111 | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** | **DISMISSED** |