UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
Eastern Division

Jun Fang

                Plaintiff,

v.                                                    Case No.: 1:24−cv−08963
                                                    Honorable Lindsay C. Jenkins

chengdeshichengdexiangaositaizhenxinglong, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 6, 2025:

        MINUTE entry before the Honorable Lindsay C. Jenkins:The default ordered entered February 6, 2025 [51] [52] does not apply to Defendants DIANNAO Co.Ltd, DUNENG Co.Ltd, SANZHI Co.Ltd, SETI Co.Ltd, YEBENG Co.Ltd, FENGBIN Co.Ltd. This case is reinstated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.