IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-08963 |
| | ) | |
| v. | ) | Dist. Judge Lindsay C. Jenkins |
| | ) | |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) ) ) ) | Mag. Judge Heather K. McShain |
| | ) | |
| Defendants. | ) | |

**Plaintiff's Status Report**

Pursuant to the Court's minute entry order dated February 19, 2025 [Dkt. 54], Plaintiff Jun Fang ("Plaintiff") submits this status report specifically with respect to Defendants 18 (SHEIN) and 63 (KF Store) – *i.e.*, the two defendants who have not been defaulted and who have not been otherwise dismissed from the case.

1. **Defendant 18 (SHEIN).**

    a. Defendant 18 is well aware of the litigation, as Defendant 18 is also a platform through which Plaintiff obtained expedited discovery with respect to other defendants.

    b. Plaintiff has not separately served Defendant 18 with summons in this case.

    c. Plaintiff has been in active communications with Defendant 18 (including within the past week) and remains optimistic that the parties will reach settlement.

    d. In the event that Plaintiff is unable to reach a settlement with Defendant 18, Plaintiff anticipates that Defendant 18 would respond timely and substantively to the Complaint, after being served with the summons.

2. **Defendant 63 (KF Store).**

    a. Plaintiff had been engaged in promising communications with Defendant 63 in throughout December 2024 and the first half of January 2025.

    b. Plaintiff has not received any response from Defendant 63 since January 14, 2025, despite multiple follow-ups.

    c. If Plaintiff has not entered into a settlement agreement with Defendant 63 by March 7, 2025, Plaintiff intends to move for entry of default and default judgment against Defendant 63.

Dated: February 26, 2025

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*