# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jun Fang

            Plaintiff,

v.               Case No.: 1:24−cv−08963
              Honorable Lindsay C. Jenkins

chengdeshichengdexiangaositaizhenxinglong, et al.

            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

  MINUTE entry before the Honorable Lindsay C. Jenkins: As to Defendant 63, KF Store: any motion for entry of default and default judgment against that Defendant is due by March 7, 2025. As to Defendant 18, Shein: Plaintiff says that it has not separately served Defendant 18 with summons in this case. FRCP 4(m) requires that a plaintiff serve a defendant within 90 days after the complaint is filed. The complaint in this case was filed on September 26, 2024, and far more than 90 days have elapsed since that filing. Plaintiff has until March 7, 2025 to show cause why Defendant Shein should not be dismissed from the case without prejudice for failure to timely effect service. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.