# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Jun Fang, | ) |
| Plaintiff, | ) Case No. 1:24-cv-08963 |
| v. | ) Dist. Judge Lindsay C. Jenkins |
| The Partnerships and Unincorporated Associations Identified on Schedule "A", | ) Mag. Judge Heather K. McShain |
| Defendants. | ) |

**Plaintiff's Motion for Entry of Default and Default Judgment Against Defendant No. 63 (KF Store)**

Plaintiff Jun Fang ("Plaintiff"), by and through Plaintiff's counsel, hereby moves this Court to enter Default and Default Judgment against the Defendant identified in Exhibit A to the accompanying memorandum, which Plaintiff submits in support hereof.

Dated: March 7, 2025

Respectfully submitted,

/s/ Ilya G. Zlatkin
Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
ilya@zce.law
Ph. (312) 809-8022
Fax (312) 809-6918

*Counsel for Plaintiff*