# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jun Fang, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:24-cv-08963 |
| v. ) | |
| ) | Dist. Judge Lindsay C. Jenkins |
| The Partnerships and Unincorporated ) | |
| Associations Identified on Schedule "A", ) | Mag. Judge Heather K. McShain |
| ) | |
| Defendants ) | |

**DEFAULTING DEFENDANT**

| No | Store | Link | Country | Owner | Contact | Evidence |
|---|---|---|---|---|---|---|
| 63 | KF Store | https://www.walmart.com/seller/101654791?itemId=7329154930&pageName=item&returnUrl=%2Fip%2FDog-Toothbrush-Finger-Brush-Toothpaste-Dental-Kit-For-Pet-Oral-Health-Care%2F7329154930%3Ffrom%3D%2Fsearch | China | huizhoushiruqiangkejiyouxiangongsi | xinwanglu3haojingyigongguan4haolou8ceng03haofang huizhoushi, GD 516003, CN (+86) 13510829748 | Exhibit 2 to Declaration of Jun Fang |

Dated: March 7, 2025

Respectfully submitted,

/s/ Ilya G. Zlatkin
Zlatkin Cann Entertainment
4245 N. Knox Ave.
Chicago, IL 60641
(312) 809-6989
ilya@zce.law

*Counsel for Plaintiff*

1