**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-cv-08963 |
| | ) | |
| v. | ) | Dist. Judge Lindsay C. Jenkins |
| | ) | |
| The Partnerships and | ) | Mag. Judge Heather K. McShain |
| Unincorporated Associations | ) | |
| Identified on Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Declaration of Service</u>**

I, Ilya G. Zlatkin, of the County of Lake, in the State of Indiana, hereby declare as follows:

**1.** I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois, the State of Indiana, the United States District Court for the Northern District of Illinois, and the United States District Court for the Northern District of Indiana. I am an attorney for Plaintiff Jun Fang. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the following:

**2.** I hereby certify that the Defaulting Defendant (as defined in the accompanying Memorandum) has failed to answer or otherwise plead in this action within the allotted time after receiving service of process [*see* Dkts. 22] in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

**3.** My office investigated the infringing activities of the Defaulting Defendant, including attempting to identify the registrant of the associated online marketplace account and its contact information. Our investigation confirmed that the Defaulting Defendant is domiciled

outside of the United States. As such, I am informed and believe that the Defaulting Defendant is

not an active-duty member of the U.S. armed forces.

      I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on March 7, 2025 in Lake County, Indiana.

                                       Respectfully submitted,

                                       /s/ Ilya G. Zlatkin
                                       Ilya G. Zlatkin
                                       Zlatkin Cann Entertainment
                                       4245 N. Knox Ave.
                                       Chicago, IL 60641
                                       ilya@zce.law
                                       Ph. (312) 809-8022
                                       Fax (312) 809-6918

                                       *Counsel for Plaintiff*