**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jun Fang

                        Plaintiff,

v.                                                 Case No.: 1:24–cv–08963
                                                   Honorable Lindsay C. Jenkins

chengdeshichengdexiangaositaizhenxinglong, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for an extension [58] is partly granted in light of the representation that Plaintiff and Defendant Shein have reached a settlement in principle (though the Court notes that Plaintiff sought Defendant Shein's agreement but Shein did not indicate its position on the motion). Plaintiff has until March 26, 2025 to show cause as to why Defendant Shein should not be dismissed from this action. Otherwise, the Court will dismiss Defendant Shein without prejudice for failure to comply with FRCP 4(m). Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.