# EXHIBIT 1

# Jun Fang v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

Below you will find relevant pleadings and Orders filed and entered in the case *Jun Fang v. The Partnerships and Unincorporated Associations Identified on Schedule "A"*, Case No. 1:24-cv-08963 pending before the United States District Court for the Northern District of Illinois.

Questions concerning the case may be directed to **enforcement@zlatkinwong.com**.

1. Complaint (including exhibits)
2. Trademark Registration Certificate
3. Minute Entry Granting TRO
4. Temporary Restraining Order (TRO)
5. Minute Entry Extending TRO
6. Summons
7. Motion for Entry of a Preliminary Injunction (including attachments)
8. Summons Returned Executed
9. Minute Order re Objections to Motion for Preliminary Injunction
10. Minute Order Granting Preliminary Injunction
11. Preliminary Injunction Order
12. Motion for Entry of Default and Default Judgment (including attachments)
13. Minute Order re Objections to Motion for Default Judgment
14. Default Judgment Order (with respect to some but not all defendants)
15. Motion for Entry of Default and Default Judgment (including attachments) (Def 63)
16. Minute Order re Objections to Motion for Default Judgment (Def 63)