# EXHIBIT 2

**From:**      Zlatkin Wong Enforcement Team
**Sent:**      3/10/2025 2:50:00 PM
**To:**      Tao Zeng; ███████@126.com
**Bcc:**      ilya@zce.law
**Subject:**      Re: Settlement for Case No. 24-cv-8963 Jun Fang v. Hjuang et al.
**Attachments:**      2025-03-07 COMBINED Dkt 57 DJ Motion re Def 63 - 24cv8963.pdf, 2025-03-10 Dkt 59 Minute Entry Granting 55(a) Default re Def 63 - 24cv8963.pdf

Hello Counsel,

Due to the lack of any correspondence regarding your client Defendant 63 (KF Store) since mid-January, we proceeded to move for entry of default and default judgment against KF Store (whom we had excluded from our prior motion for default judgment with respect to other defendants). Attached you will find a document combining the filings relating to the motion, as well as the Court's minute order from today entering default under Rule 55(a), and setting further deadlines with respect to the entry of default judgment.

The documents have also been published at the following link:
https://zce.law/ndil-24-cv-8963/

To ensure that your client receives notice of the pending motion, we are also copying their email address here along with yours. We are still assuming that you represent Defendant 63 KF Store, so we will continue to include you in the correspondence until informed otherwise.

Best regards,

Enforcement
Zlatkin Cann Entertainment (formerly Zlatkin Wong LLP)

On Thu, Jan 23, 2025 at 1:38 PM Zlatkin Wong Enforcement Team
<enforcement@zlatkinwong.com> wrote:
     Hello Counsel,

     Please advise as to your client's position on our offer to settle this matter for ███████ We recently filed a motion for default, however excluded your client from the motion due to ongoing settlement negotiations. However, it has been over a week since we have heard from you on this matter, and will include your client in a follow up motion for default if they are no longer willing to negotiate in good faith to reach a settlement for this matter.

     Best regards,

     Enforcement
     Zlatkin Cann Entertainment (formerly Zlatkin Wong LLP)