# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jun Fang

                Plaintiff,

v.                          Case No.: 1:24–cv–08963
                          Honorable Lindsay C. Jenkins

chengdeshichengdexiangaositaizhenxinglong, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 21, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The motion for default judgment as to Defendant KF store [57] is granted. Separate Order to issue. The Clerk is directed to return the surety bond posted. Plaintiff has until March 26, 2025 to show cause as to why Defendant Shein should not be dismissed from this action. Otherwise, the Court will dismiss Defendant Shein without prejudice. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.