# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jun Fang

                                      Plaintiff,

v.                                                 Case No.: 1:24–cv–08963

                                                Honorable Lindsay C. Jenkins

chengdeshichengdexiangaositaizhenxinglong, et al.

                                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 27, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's show cause response provides no information concerning the timing on any resolution with the only remaining Defendant, SHEIN. It states only that "SHEIN will be dismissed voluntarily from this litigation by Plaintiff in due course." Without a more definitive statement, even if under seal, about how much time is needed, why, or that SHEIN has no objection to untimely service, the Court is loath to keep a case pending indefinity without agreement from a party who has not been timely served. Pursuant to FRCP 4(m), this action is dismissed without prejudice for failure to serve Defendant SHEIN within the time allotted by the rule. Civil case terminated. Mailed notice. (jlj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.