# Exhibit 1

| | |
|---|---|
| **From:** | Ilya Zlatkin |
| **Sent:** | 2/25/2025 7:26:00 AM |
| **To:** | TRO Legal Communications |
| **Subject:** | 24-CV-8963 (Northern District of Illinois) - Default Judgment Order - Walmart |
| **Attachments:** | 2025-02-06 Dkt 52 Default Judgment Order - 24cv8963.pdf, Walmart Defaulting Defendants - 24-cv-8963.xlsx, 2024-08-01 W-9 ZCE.pdf, IOLTA Domestic Wiring Instructions - ZCE.pdf |

Hello,

We have obtained a default judgment in Case No. 24-cv-8963 in the Northern District of Illinois, about which we had communicated previously. The set of defaulted defendants includes some Walmart merchants.

For the purpose of effecting the default judgment order, attached please find the following

1) Default Judgment Order dated February 6, 2025 (awarding up to $100,000 for each storefront)

2) Spreadsheet containing a list of the defaulting Walmart defendants from whom platform transfers should be initiated

3) Updated trust account information for our firm for sending of funds

4) Updated W-9 for our firm

Please let me know if you have any further questions or whether we can provide any further documents or other information to facilitate the transfers for the defaulting defendants in this case.

Best regards,
Ilya Zlatkin

--

**ILYA G. ZLATKIN**

*Managing Partner*

***ZLATKIN CANN ENTERTAINMENT***

4245 N. Knox Ave.

Chicago, IL 60641

**Phone:** 312.809.8022
**Email:** ilya@zce.law