# Exhibit 2



Adam Urbanczyk <adamu@au-llc.com>

---

# Fang v. The Partnerships, et al. 24-cv-08963 (NDIL), default judgment order executions

---

**Adam E. Urbanczyk** <adamu@au-llc.com>                                    Mon, Jul 13, 2026 at 9:34 AM
To: TRO Legal Communications <TROLegalComms@walmartlegal.com>
Cc: TM Enforcement <enforcement@au-llc.com>

Hello Again,

Is it possible to obtain a breakdown of when each of the accounts (at least those which had a positive / non-zero balance as of the 11/29/2024 TRO enforcement date) were depleted, and pursuant to which case(s)?
--



**Adam E. Urbanczyk**
Principal Attorney
AU LLC 444 W. Lake. St. 17th Floor Chicago, IL 60606
(312) 715-7312 | au-llc.com | sellerlitigation.com

This email may contain privileged and/or confidential information which would be for the sole use of the intended recipients. If you believe you have received this email in error, please notify us immediately and delete the email from your system.

On Thu, Jun 18, 2026 at 3:13 PM Adam E. Urbanczyk <adamu@au-llc.com> wrote:
Thank you for checking - our W9 is attached and our wiring instructions are

Beneficiary Name: ILLINOIS IOLTA TRUST ACCOUNTS AU, LLC TRTEE
Beneficiary Address: 444 W Lake St 17th Floor Chicago, IL 60606.
Beneficiary Account Number: 291004066558
ABA Routing Number: 026009593 (wires) / 071000505 (ACH)
SWIFT CODE: BOFAUS3N
Bank Name: Bank of America
Bank Address: 222 Broadway New York, NY 10038
--



**Adam E. Urbanczyk**
Principal Attorney
AU LLC 444 W. Lake. St. 17th Floor Chicago, IL 60606
(312) 715-7312 | au-llc.com | sellerlitigation.com

This email may contain privileged and/or confidential information which would be for the sole use of the intended recipients. If you believe you have received this email in

error, please notify us immediately and delete the email from your system.

On Thu, Jun 18, 2026 at 1:45 PM TRO Legal Communications <TROLegalComms@walmartlegal.com> wrote:

Could you provide your firm's wiring instructions and W9 in case there is something to transfer so there are no delays?

Thank you,

**Walmart Legal | TRO Communications**

**Walmart US Legal**

**Email: TROLegalComms@walmartlegal.com**

---

**From:** TRO Legal Communications
**Sent:** Thursday, June 18, 2026 1:42 PM
**To:** 'Adam E. Urbanczyk' <adamu@au-llc.com>
**Cc:** TM Enforcement <enforcement@au-llc.com>
**Subject:** RE: EXT: Re: Fang v. The Partnerships, et al. 24-cv-08963 (NDIL), default judgment order executions

Yesterday I requested that finance run these back through to see if any further funds were available.  Many had multiple judgments prior to this one that hadn't been satisfied yet so it's unlikely that further funds are available.

Thank you,

**Walmart Legal | TRO Communications**

**Walmart US Legal**

**Email: TROLegalComms@walmartlegal.com**

**From:** Adam E. Urbanczyk <adamu@au-llc.com>
**Sent:** Wednesday, June 17, 2026 2:07 PM
**To:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Cc:** TM Enforcement <enforcement@au-llc.com>
**Subject:** EXT: Re: Fang v. The Partnerships, et al. 24-cv-08963 (NDIL), default judgment order executions

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Thank you for the prompt follow up.  After the three wires for $4,456.22, are all of these accounts depleted / at $0?

--



**Adam E. Urbanczyk**
Principal Attorney
AU LLC 444 W. Lake. St. 17th Floor Chicago, IL 60606
(312) 715-7312 | au-llc.com | sellerlitigation.com

This email may contain privileged and/or confidential information which would be for the sole use of the intended recipients. If you believe you have received this email in error, please notify us immediately and delete the email from your system.

On Wed, Jun 17, 2026 at 12:55 PM TRO Legal Communications <TROLegalComms@walmartlegal.com> wrote:

Good afternoon,

Below is the breakdown of the wire that was sent to the previous firm.  As a reminder the amount in the column "Account Balance as of 11/29/2024" was what was in the account on that date.  It was subject to any judgment for any previously filed TROs that we had not received by that date.  Most of these sellers were involved in multiple TROs with judgments that depleted their accounts in their entirety in January, February, and early March 2025.

| Case No. | Partner ID | Seller Name | Wire Amount | Wire No. | SAP Post Date |
| --- | --- | --- | --- | --- | --- |

| 24-cv-8963 | 10001596059 | AaSFJEG | | | |
|---|---|---|---|---|---|
| 24-cv-8963 | 10001703775 | bppmkin | | | |
| 24-cv-8963 | 10002500755 | Caeoweyjj | | | |
| 24-cv-8963 | 10001640360 | Dengyli | | | |
| 24-cv-8963 | 10001687953 | guangzhoumuguchenkejiyouxiangongsi | | | |
| 24-cv-8963 | 10001690621 | Guangzhouqihengzumaoyiyouxiangongsi | | | |
| 24-cv-8963 | 10001687920 | guangzhoushichuruimaoyiyouxiangongsi | | | |
| 24-cv-8963 | 10002514342 | GXuoiang | $2,859.55 | 88296 | 5/5/2025 |
| 24-cv-8963 | 10001674384 | Hjuang | | | |
| 24-cv-8963 | 10002506839 | HMPEAIIY | | | |
| 24-cv-8963 | 10001679186 | Huangjiacheng | | | |
| 24-cv-8963 | 10002500686 | iutvdh | | | |
| 24-cv-8963 | 10002539070 | JH ShiYe | | | |
| 24-cv-8963 | 10001688366 | Jinzhongysb | | | |
| 24-cv-8963 | 10002500665 | jirycw | | | |
| 24-cv-8963 | 10001676419 | LOJKER | | | |

| 24-cv-8963 | 10001286161 | Ludlz | | | |
|---|---|---|---|---|---|
| 24-cv-8963 | 10001671096 | LZKang | | | |
| 24-cv-8963 | 10001664765 | Minglerow | | | |
| 24-cv-8963 | 10001685701 | NJHYcx | | | |
| 24-cv-8963 | 10001664634 | OKbus | $1,415.21 | 88296 | 5/5/2025 |
| 24-cv-8963 | 10002499856 | orangejuzi | | | |
| 24-cv-8963 | 10001626504 | QIUSge | $181.46 | 88296 | 5/5/2025 |
| 24-cv-8963 | 10001647939 | Reitu | | | |
| 24-cv-8963 | 10001681278 | RFQWOVSR Clothing | | | |
| 24-cv-8963 | 10001656370 | Sengyong | | | |
| 24-cv-8963 | 10001531300 | SlfdSeng | | | |
| 24-cv-8963 | 10001648767 | simidamaoyi | | | |
| 24-cv-8963 | 10002506846 | SKYESHEALLY | | | |
| 24-cv-8963 | 10001690375 | UEBXD | | | |
| 24-cv-8963 | 10001690451 | UEBXS | | | |
| 24-cv-8963 | 10002519225 | wufeijie | | | |
| 24-cv-8963 | 10001685593 | XZZjjl | | | |

| 24-cv-8963 | 10002534116 | YT-SHOP | | | |
| 24-cv-8963 | 10002497215 | YUHUO | | | |
| 24-cv-8963 | 10001556368 | Zengyong | | | |

$4,456.22

Thank you,


**Walmart Legal | TRO Communications**

**Walmart US Legal**

**Email: TROLegalComms@walmartlegal.com**

---

**From:** Adam E. Urbanczyk <adamu@au-llc.com>
**Sent:** Wednesday, June 17, 2026 12:11 PM
**To:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Cc:** TM Enforcement <enforcement@au-llc.com>
**Subject:** EXT: Fang v. The Partnerships, et al. 24-cv-08963 (NDIL), default judgment order executions


**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Hello,


We are assuming representations for the Plaintiff Jun Fang in this 24-cv-08963 case. I have attached the two default judgments entered in the case, along with a spreadsheet of the defendants subject to the DJ orders. Can you confirm what, if anything, was turned over by Walmart per these judgments?

Case: 1:24-cv-08963 Document #: 71-2 Filed: 07/30/26 Page 8 of 8 PageID #:1616

--

**Adam E. Urbanczyk**
Principal Attorney
AU LLC 444 W. Lake. St. 17th Floor Chicago, IL 60606
(312) 715-7312 | au-llc.com | sellerlitigation.com

This email may contain privileged and/or confidential information which would be for the sole use of the intended recipients. If you believe you have received this email in error, please notify us immediately and delete the email from your system.