**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Jun Fang, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:24-cv-08963 |
| v. | ) | |
| | ) | Dist. Judge Lindsay C. Jenkins |
| The Partnerships and | ) | |
| Unincorporated Associations | ) | |
| Identified on Schedule "A", | ) | |
| | ) | |
| Defendants. | ) | |

## Order on Plaintiff's Motion for Discovery

**THIS CAUSE** has come before the Court on Plaintiff's Motion for Discovery [Dkt. 71], (the

"Motion"). The Court, having considered the Motion and the arguments therein, ORDERS that

Plaintiff is allowed to obtain discovery from Walmart, Inc. pursuant to Fed. R. Civ. P. 45 and 69.

Dist. Judge Lindsay C. Jenkins
Dated 8/4/2026